AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court __FOR THE WESTERN DISTRICT OF TEXAS__ on the following

☐ Trademarks or   ☑ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>6:21-cv-1050 | DATE FILED<br>10/12/2021 | U.S. DISTRICT COURT<br>FOR THE WESTERN DISTRICT OF TEXAS |
|---|---|---|
| PLAINTIFF<br>TEXTILE COMPUTER SYSTEMS, INC. | | DEFENDANT<br>BROADWAY NATIONAL BANK D/B/A BROADWAY BANK |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 8,505,079 | 8/6/2013 | TEXTILE COMPUTER SYSTEMS, INC. |
| 2 | 8,533,802 | 9/10/2013 | TEXTILE COMPUTER SYSTEMS, INC. |
| 3 | 9,584,499 | 2/28/2017 | TEXTILE COMPUTER SYSTEMS, INC. |
| 4 | 10,148,659 | 12/4/2018 | TEXTILE COMPUTER SYSTEMS, INC. |
| 5 | 10,560,454 | 2/11/2020 | TEXTILE COMPUTER SYSTEMS, INC. |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

**Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy**