**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **TEXTILE COMPUTER SYSTEMS, INC.** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 6:21-cv-1050** |
| | § | |
| **BROADWAY NATIONAL BANK D/B/A** | § | |
| **BROADWAY BANK,** | § | |
| | § | |
| **Defendant.** | § | |

**UNOPPOSED MOTION TO EXTEND DEADLINE TO ANSWER OR**
**OTHERISE PLEAD**

COMES NOW Defendant Broadway National Bank d/b/a/ Broadway Bank and files this to Unopposed Motion to Extend Answer Deadline. Defendant's current deadline is November 15, 2021, and Defendant asks that the Court extend the deadline by 30 days. The new deadline would be December 15, 2021 for it to answer or otherwise plead.

Dated: November 11, 2021                    Respectfully submitted,

                                             **SCHEEF & STONE, LLP**

                                             Michael C. Smith
                                             State Bar No. 18650410
                                             113 East Austin Street
                                             Marshall, Texas 75670
                                             Office: (903) 938-8900
                                             michael.smith@solidcounsel.com

Nick E. Williamson
State Bar No. 56925
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis MO 63102
Office: (314) 259-2661
nick.williamson@bclplaw.com

**COUNSEL FOR DEFENDANT,
BROADWAY NATIONAL BANK D/B/A
BROADWAY BANK**