**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| TEXTILE COMPUTER SYSTEMS, INC., <br><br>     Plaintiff, <br><br> v. <br><br> BROADWAY NATIONAL BANK D/B/A BROADWAY BANK, <br><br>     Defendant. | CIVIL ACTION NO. 6:21-cv-1050-ADA <br><br> **JURY TRIAL DEMANDED** |
| TEXTILE COMPUTER SYSTEMS, INC., <br><br>     Plaintiff, <br><br> v. <br><br> CHARLES SCHWAB BANK, <br><br>     Defendant. | CIVIL ACTION NO. 6:21-cv-1051-ADA <br><br> **JURY TRIAL DEMANDED** |
| TEXTILE COMPUTER SYSTEMS, INC., <br><br>     Plaintiff, <br><br> v. <br><br> COMERICA BANK, <br><br>     Defendant. | CIVIL ACTION NO. 6:21-cv-1052-ADA <br><br> **JURY TRIAL DEMANDED** |
| TEXTILE COMPUTER SYSTEMS, INC., <br><br>     Plaintiff, <br><br> v. <br><br> FROST BANK, <br><br>     Defendant. | CIVIL ACTION NO. 6:21-cv-1053-ADA <br><br> **JURY TRIAL DEMANDED** |

| | |
|---|---|
| TEXTILE COMPUTER SYSTEMS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>INDEPENDENT BANK,<br><br>    Defendant. | CIVIL ACTION NO. 6:21-cv-1054-ADA<br><br>**JURY TRIAL DEMANDED** |
| TEXTILE COMPUTER SYSTEMS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>INTERNATIONAL BANK OF COMMERCE,<br><br>    Defendant. | CIVIL ACTION NO. 6:21-cv-1055-ADA<br><br>**JURY TRIAL DEMANDED** |
| TEXTILE COMPUTER SYSTEMS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>SOUTHSIDE BANK,<br><br>    Defendant. | CIVIL ACTION NO. 6:21-cv-1056-ADA<br><br>**JURY TRIAL DEMANDED** |
| TEXTILE COMPUTER SYSTEMS, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>TEXAS CAPITAL BANK,<br><br>    Defendant. | CIVIL ACTION NO. 6:21-cv-1057-ADA<br><br>**JURY TRIAL DEMANDED** |

| | |
|---|---|
| TEXTILE COMPUTER SYSTEMS, INC., | CIVIL ACTION NO. 6:21-cv-1058-ADA |
| Plaintiff, | |
| v. | **<u>JURY TRIAL DEMANDED</u>** |
| VANTAGE BANK TEXAS, | |
| Defendant. | |
| TEXTILE COMPUTER SYSTEMS, INC., | CIVIL ACTION NO. 6:21-cv-1059-ADA |
| Plaintiff, | |
| v. | **<u>JURY TRIAL DEMANDED</u>** |
| WOODFOREST FINANCIAL GROUP, INC., WOODFOREST FINANCIAL SERVICES, INC., and WOODFOREST NATIONAL BANK, | |
| Defendants. | |

## <u>JOINT CLAIM CONSTRUCTION STATEMENT</u>

Pursuant to the Court's Scheduling Orders in the above-captioned cases, Plaintiff Textile Computer Systems, Inc. ("Textile") and Defendants Broadway National Bank d/b/a Broadway Bank, Charles Schwab Bank, Comerica Bank, Frost Bank, Independent Bank, International Bank of Commerce, Southside Bank, Texas Capital Bank, Vantage Bank Texas, Woodforest Financial Group, Inc., Woodforest Financial Services, Inc., and Woodforest National Bank (collectively, "Defendants") submit this Joint Claim Construction Statement for the patents-in-suit: U.S. Patent Nos. 8,505,079 ("the 079 Patent"), 8,533,802 ("the 802 Patent"), 9,584,499 ("the 499 Patent"), 10,148,659 ("the 659 Patent"), and 10,560,454 ("the 454 Patent"), along with Appendix A (showing the asserted claims with disputed terms in bold).

I.    **Agreed Constructions**

|   | **Claim Term, Phrase, or Clause** | **Agreed Construction** |
|---|---|---|
| 1 | claim preambles | *The preambles are non-limiting.* |

II.    **Disputed Claim Terms**

|   | **Claim Term, Phrase, or Clause** | **Proposing Party** | **Textile's Proposed Construction** | **Defendants' Proposed Construction (Excl. Schwab)** | **Schwab's Proposed Construction** | **Court's Construction** |
|---|---|---|---|---|---|---|
| 2 | order of steps in method claims<br><br>079 claim 11<br>802 claim 11<br>499 claims 1, 3<br>659 claim 1<br>454 claim 1 | all defendants | *No order is required (other than that inherently required by the claim limitations).* | *Each method claim must be performed in the order of operation claimed.* | *Each method claim must be performed in the order of operation claimed.* | |
| 3 | [unauthorized] service client<br><br>079 claims 1, 7, 11, 17<br>802 claims 1, 7, 11, 17<br>499 claims 1, 3<br>454 claims 1, 5, 8, 12 | all of the parties | [unauthorized] retail store, service station, on-line service provider or merchandiser, healthcare provider, medical insurer, information consumer, or the like | An [unauthorized] entity that can request access to a secured resource | Service client: A client program, software, or application that receives access to a secured resource.<br><br>Unauthorized service client: A service client | |

| | Claim Term, Phrase, or Clause | Proposing Party | Textile's Proposed Construction | Defendants' Proposed Construction (Excl. Schwab) | Schwab's Proposed Construction | Court's Construction |
|---|---|---|---|---|---|---|
| | | | *The claimed system/method must restrict the service client from access to the common identifier for the secured resource.* | | that uses an authentication credential instead of a common identifier to access the secured resource. | |
| 4 | secured resource 079 claims 1, 3, 7, 11, 12, 13, 16-19 802 claims 1, 2, 5, 7, 11, 12, 16-19 499 claims 1, 3 454 claims 1, 5, 8, 12 | all of the defendants | *plain and ordinary meaning* | Restricted information, such as the account of the authorized user to be accessed in the transaction, personal information, credit data, medical history, financial account information, and secured physical locations | Restricted information or account of the authorized user to be accessed in the transaction and for which the authorized user controls access. | |
| 5 | messaging gateway | all of the defendants | *plain and ordinary meaning* | A device for use in transferring messages between a plurality of | A device for use in transferring messages between a | |

3

| | Claim Term, Phrase, or Clause | Proposing Party | Textile's Proposed Construction | Defendants' Proposed Construction (Excl. Schwab) | Schwab's Proposed Construction | Court's Construction |
|---|---|---|---|---|---|---|
| | 079 claims 1, 11 802 claims 1, 11 499 claims 1, 3 | | | communications channels by converting messages between a plurality of message formats. | plurality of communications channels by converting messages between a plurality of message formats. | |
| 6 | authorized user  079 claims 1, 2, 3, 8, 11, 12, 13, 18 802 claims 1, 2, 8, 11, 12, 18 499 claims 1, 3 | all of the defendants | *plain and ordinary meaning* | A person or entity who has the right to grant access to a specific secured resource | A person or entity who has the right to grant access to a specific secured resource | |
| 7 | key string  079 claims 1, 11 802 claims 1, 5, 11 499 claims 1, 3 659 claims 1, 9 454 claims 1, 8 | all of the parties | *string:* an ordered sequence of any subset of symbols selected from a set of symbols wherein each symbol forming the set may be represented in both a format that | A transaction specific ordered sequence, that may only be used for a single transaction, of any subset of symbols selected from a set of symbols, wherein each symbol forming | A one-time transaction specific ordered sequence of any subset of symbols selected from a set of symbols wherein each symbol forming the set may be | |

| | Claim Term, Phrase, or Clause | Proposing Party | Textile's Proposed Construction | Defendants' Proposed Construction (Excl. Schwab) | Schwab's Proposed Construction | Court's Construction |
|---|---|---|---|---|---|---|
| | | | may be perceived by an end user and a format that may be recognized by software or hardware<br><br>*The claimed system/method must operate in a manner so that the "key string" does not reveal a common identifier of the secured resource to the unauthorized service client.* | the set may be represented in both a format that may be perceived by an end user and a format that may be recognized by software or hardware, and where the sequence is known to the authorized user and the secured resource provider | represented in both a format that may be perceived by the requestor purporting to be an authorized user and a format that may be recognized by software or hardware, that cannot be known to or accessed by the service client, and that does not reveal a common identifier of the secured resource or any other information that would allow the unauthorized service client to gain access to the secured | |

| | Claim Term, Phrase, or Clause | Proposing Party | Textile's Proposed Construction | Defendants' Proposed Construction (Excl. Schwab) | Schwab's Proposed Construction | Court's Construction |
|---|---|---|---|---|---|---|
| | | | | | resource without again obtaining authorization from the authorized user. | |
| 8 | key string known to both said secured resource and the authorized user<br><br>079 claims 1, 11 | all defendants except Schwab | *plain and ordinary meaning* | Indefinite | Indefinite | |
| 9 | key string [being] adapted to provide a basis for authenticating the identity of said requester<br><br>079 claims 1, 11<br>802 claims 1, 11 | all defendants except Schwab | *plain and ordinary meaning* | Indefinite | Indefinite | |

| | Claim Term, Phrase, or Clause | Proposing Party | Textile's Proposed Construction | Defendants' Proposed Construction (Excl. Schwab) | Schwab's Proposed Construction | Court's Construction |
|---|---|---|---|---|---|---|
| 10 | authentication credential<br><br>079 claims 1, 6, 11, 16<br>802 claims 1, 6, 11, 16<br>499 claims 1, 3<br>659 claims 1, 3, 7, 9, 11, 15<br>454 claims 1, 3, 7, 8, 10, 14 | all of the defendants | *plain and ordinary meaning* | The key string used for verifying the identity of the requester or the validity of a request for access | A credential comprising at least the key string for authenticating an end-user's identity to authorize access to a secured resource by a service client. | |
| 11 | based upon passage of time<br><br>079 claims 6, 16<br>802 claims 6, 16<br>659 claims 7, 15<br>454 claims 7, 14 | all of the defendants | *plain and ordinary meaning* | Indefinite | Indefinite | |
| 12 | a service user interface in communication | all of the defendants | *plain and ordinary meaning* | Indefinite | Indefinite | |

| | Claim Term, Phrase, or Clause | Proposing Party | Textile's Proposed Construction | Defendants' Proposed Construction (Excl. Schwab) | Schwab's Proposed Construction | Court's Construction |
|---|---|---|---|---|---|---|
| | with said server, said service user interface having a third set of instructions embodied in a computer readable medium operable to receive input from said unauthorized service client<br><br>079 claim 11<br>802 claim 11 | | | | | |
| 13 | primary identifier<br><br>499 claims 1, 3 | Schwab, Textile | the account number for a credit card or financial deposit account; the Social Security Number of a patient; the account number of an ATM card; or the like. | Indefinite | Indefinite | |

| | Claim Term, Phrase, or Clause | Proposing Party | Textile's Proposed Construction | Defendants' Proposed Construction (Excl. Schwab) | Schwab's Proposed Construction | Court's Construction |
|---|---|---|---|---|---|---|
| 14 | receiving at a messaging gateway having a first set of instructions embodied in a computer readable medium, said first set of instructions operable to receive a request for transaction specific access to a secured resource by a service client<br><br>499 claims 1, 3 | all defendants except Schwab | *plain and ordinary meaning* | Indefinite | Indefinite | |
| 15 | common identifier<br><br>454 claims 1, 5, 8, 12 | all of the parties | the account number for a credit card or financial deposit account; the Social Security Number of a patient; the | Identifying information for a particular secured resource (*e.g.*, a credit card number, social security number, | Identifying information for a particular secured resource (*e.g.*, a credit card number, social security | |

| | Claim Term, Phrase, or Clause | Proposing Party | Textile's Proposed Construction | Defendants' Proposed Construction (Excl. Schwab) | Schwab's Proposed Construction | Court's Construction |
|---|---|---|---|---|---|---|
| | | | account number of an ATM card; or the like. | ATM account number, etc.) | number, ATM account number, etc.) | |

Dated: August 1, 2022                        Respectfully submitted,

                                             /s/ *Matthew J. Antonelli*
                                             Matthew J. Antonelli
                                             Texas Bar No. 24068432
                                             matt@ahtlawfirm.com
                                             Zachariah S. Harrington
                                             Texas Bar No. 24057886
                                             zac@ahtlawfirm.com
                                             Larry D. Thompson, Jr.
                                             Texas Bar No. 24051428
                                             larry@ahtlawfirm.com
                                             Christopher Ryan Pinckney
                                             Texas Bar No. 24067819
                                             ryan@ahtlawfirm.com
                                             ANTONELLI, HARRINGTON
                                             & THOMPSON LLP
                                             4306 Yoakum Blvd., Ste. 450
                                             Houston, TX 77006
                                             (713) 581-3000

                                             Stafford Davis
                                             State Bar No. 24054605
                                             sdavis@stafforddavisfirm.com
                                             Catherine Bartles
                                             Texas Bar No. 24104849
                                             cbartles@stafforddavisfirm.com
                                             THE STAFFORD DAVIS FIRM
                                             815 South Broadway Avenue
                                             Tyler, Texas 75701
                                             (903) 593-7000
                                             (903) 705-7369 fax

                                             *Attorneys for Textile Computer Systems, Inc.*


                                             /s/ Michael C. Smith
                                             Michael C. Smith
                                             SCHEEF & STONE, LLP
                                             113 East Austin St.
                                             Marshall, TX  75670
                                             Telephone: (903) 938-8900
                                             michael.smith@solidcounsel.com

                                             Paige Stradley (*pro hac vice*)

Rachel Zimmerman Scobie (*pro hac vice*)
Jeffrey Blake (*pro hac vice*)
MERCHANT & GOULD P.C.
150 S. Fifth Street, Suite 2200
Minneapolis, MN 55402

David A. Roodman (*pro hac vice*)
Nick E. Williamson (*pro hac vice*)
BRYAN CAVE LEIGHTON PAISNER LLP
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102
Telephone: (314) 259-2000
daroodman@bclplaw.com
nick.williamson@bclplaw.com

*Attorneys for Defendant*
*Broadway National Bank in*
*connection with allegations in*
*Case No. 21-1050*


*/s/ Keith Davis*
Hilda C. Galvan
Lead Attorney
Texas State Bar No. 00787512
Email:  hcgalvan@jonesday.com
Keith B. Davis
Texas State Bar No. 24037895
Email:  kbdavis@jonesday.com
Christopher A. Buxton
Texas State Bar No. 24116154
Email:  cbuxton@jonesday.com
**JONES DAY**
2727 N. Harwood Street, Suite 500
Dallas, TX 75201-1515
Telephone:  (214) 220-3939
Facsimile:  (214) 969-5100

*Attorneys for Defendant Charles Schwab Bank, SSB*


/s/ Michael C. Smith
Michael C. Smith
SCHEEF & STONE, LLP
113 East Austin St.

Marshall, TX  75670
Telephone: (903) 938-8900
michael.smith@solidcounsel.com

Paige Stradley (*pro hac vice*)
Rachel Zimmerman Scobie (*pro hac vice*)
Jeffrey Blake (*pro hac vice*)
MERCHANT & GOULD P.C.
150 S. Fifth Street, Suite 2200
Minneapolis, MN 55402

*Attorneys for Defendant*
*Comerica Bank in*
*connection with allegations in*
*Case No. 21-1052*

/s/ Christa Brown-Sanford
Christa Brown-Sanford
Texas Bar No. 24045574
Morgan G. Mayne
Texas Bar No. 24084387
**Baker Botts L.L.P.**
2001 Ross Avenue
Dallas, Texas 75201
Telephone: (214) 953-6500
Facsimile: (214) 953-6503
christa.sanford@bakerbotts.com
morgan.mayne@bakerbotts.com

M. Natalie Alfaro Gonzales
Texas Bar No. 24069286
**BAKER BOTTS L.L.P.**
910 Louisiana Street
Houston, Texas 77002-4995
Tel: (713) 229-1318
Facsimile: (713) 229-7718
natalie.gonzales@bakerbotts.com

*Attorneys for Defendant*
*Frost Bank*

/s/ Michael C. Smith
Michael C. Smith
SCHEEF & STONE, LLP

113 East Austin St.
Marshall, TX  75670
Telephone: (903) 938-8900
michael.smith@solidcounsel.com

Paige Stradley (*pro hac vice*)
Rachel Zimmerman Scobie (*pro hac vice*)
Jeffrey Blake (*pro hac vice*)
MERCHANT & GOULD P.C.
150 S. Fifth Street, Suite 2200
Minneapolis, MN 55402

David A. Roodman (*pro hac vice*)
Nick E. Williamson (*pro hac vice*)
BRYAN CAVE LEIGHTON PAISNER LLP
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102
Telephone: (314) 259-2000
daroodman@bclplaw.com
nick.williamson@bclplaw.com

*Attorneys for Defendant*
*Independent Bank in*
*connection with allegations in*
*Case No. 21-1054*

By: /s/ Jason S. Jackson
Jason S. Jackson
(*pro hac vice*)
NE Bar No. 25030
Kutak Rock LLP
1801 California St., Suite 3000
Denver, CO 80202
P: 303-297-2400
jason.jackson@kutakrock.com

Vincent A. Notzon
State Bar No. 00788130
MARTIN & DROUGHT, P.C.
Weston Centre, Suite 1616
112 East Pecan Street
San Antonio, Texas 78205
Telephone: (210) 220-1327

Facsimile: (210) 227-7924
vnotzon@mdtlaw.com

James M. Sulentic
(*pro hac vice*)
NE Bar No. 19610
Kutak Rock LLP
The Omaha Building
1650 Farnam Street
Omaha, NE 68102
(402) 346-6000
james.sulentic@kutakrock.com

ATTORNEYS FOR DEFENDANT INTERNATIONAL BANK
OF COMMERCE

/s/ Michael C. Smith
Michael C. Smith
SCHEEF & STONE, LLP
113 East Austin St.
Marshall, TX  75670
Telephone: (903) 938-8900
michael.smith@solidcounsel.com

Paige Stradley (*pro hac vice*)
Rachel Zimmerman Scobie (*pro hac vice*)
Jeffrey Blake (*pro hac vice*)
MERCHANT & GOULD P.C.
150 S. Fifth Street, Suite 2200
Minneapolis, MN 55402

*Attorneys for Defendant*
*Southside Bank in*
*connection with allegations in*
*Case No. 21-1056*

/s/ Michael C. Smith
Michael C. Smith
SCHEEF & STONE, LLP
113 East Austin St.
Marshall, TX  75670
Telephone: (903) 938-8900
michael.smith@solidcounsel.com

Paige Stradley (*pro hac vice*)
Rachel Zimmerman Scobie (*pro hac vice*)
Jeffrey Blake (*pro hac vice*)
MERCHANT & GOULD P.C.
150 S. Fifth Street, Suite 2200
Minneapolis, MN 55402

David A. Roodman (*pro hac vice*)
Nick E. Williamson (*pro hac vice*)
BRYAN CAVE LEIGHTON PAISNER LLP
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102
Telephone: (314) 259-2000
daroodman@bclplaw.com
nick.williamson@bclplaw.com

*Attorneys for Defendant*
*Texas Capital Bank in*
*connection with allegations in*
*Case No. 21-1057*


/s/ Michael C. Smith
Michael C. Smith
SCHEEF & STONE, LLP
113 East Austin St.
Marshall, TX  75670
Telephone: (903) 938-8900
michael.smith@solidcounsel.com

David A. Roodman (*pro hac vice*)
Nick E. Williamson (*pro hac vice*)
BRYAN CAVE LEIGHTON PAISNER LLP
One Metropolitan Square
211 North Broadway, Suite 3600
St. Louis, MO 63102
Telephone: (314) 259-2000
daroodman@bclplaw.com
nick.williamson@bclplaw.com

*Attorneys for Defendant*
*Vantage Bank Texas in*
*connection with allegations in*
*Case No. 21-1058*

_/s/ Noel F. Chakkalakal_
Neil J. McNabnay
Texas Bar No. 24002583
David B. Conrad
Texas Bar No. 24049042
Noel F. Chakkalakal
Texas Bar No. 24053676

**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, Texas 75201
mcnabnay@fr.com
conrad@fr.com
chakkalakal@fr.com

_Attorneys for Defendants_
_WOODFOREST FINANCIAL GROUP, INC.,_
_WOODFOREST FINANCIAL SERVICES, INC.,_
_and WOODFOREST NATIONAL BANK_