# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| TEXTILE COMPUTER SYSTEMS, INC., <br><br>　　Plaintiff, <br><br>v. <br><br>BROADWAY NATIONAL BANK D/B/A BROADWAY BANK, <br><br>　　Defendant. | CIVIL ACTION NO. 6:21-cv-1050-ADA <br><br>**JURY TRIAL DEMANDED** |
| TEXTILE COMPUTER SYSTEMS, INC., <br><br>　　Plaintiff, <br><br>v. <br><br>CHARLES SCHWAB BANK, <br><br>　　Defendant. | CIVIL ACTION NO. 6:21-cv-1051-ADA <br><br>**JURY TRIAL DEMANDED** |
| TEXTILE COMPUTER SYSTEMS, INC., <br><br>　　Plaintiff, <br><br>v. <br><br>COMERICA BANK, <br><br>　　Defendant. | CIVIL ACTION NO. 6:21-cv-1052-ADA <br><br>**JURY TRIAL DEMANDED** |
| TEXTILE COMPUTER SYSTEMS, INC., <br><br>　　Plaintiff, <br><br>v. <br><br>FROST BANK, <br><br>　　Defendant. | CIVIL ACTION NO. 6:21-cv-1053-ADA <br><br>**JURY TRIAL DEMANDED** |

| | |
|---|---|
| TEXTILE COMPUTER SYSTEMS, INC.,<br><br>      Plaintiff,<br><br>v.<br><br>INDEPENDENT BANK,<br><br>      Defendant. | CIVIL ACTION NO. 6:21-cv-1054-ADA<br><br>**JURY TRIAL DEMANDED** |
| TEXTILE COMPUTER SYSTEMS, INC.,<br><br>      Plaintiff,<br><br>v.<br><br>SOUTHSIDE BANK,<br><br>      Defendant. | CIVIL ACTION NO. 6:21-cv-1056-ADA<br><br>**JURY TRIAL DEMANDED** |
| TEXTILE COMPUTER SYSTEMS, INC.,<br><br>      Plaintiff,<br><br>v.<br><br>TEXAS CAPITAL BANK,<br><br>      Defendant. | CIVIL ACTION NO. 6:21-cv-1057-ADA<br><br>**JURY TRIAL DEMANDED** |
| TEXTILE COMPUTER SYSTEMS, INC.,<br><br>      Plaintiff,<br><br>v.<br><br>VANTAGE BANK TEXAS,<br><br>      Defendant. | CIVIL ACTION NO. 6:21-cv-1058-ADA<br><br>**JURY TRIAL DEMANDED** |

# CLAIM CONSTRUCTION ORDER

The Court construes the terms of U.S. Patent Nos. 8,505,079 ("the 079 Patent"), 8,533,802 ("the 802 Patent"), 9,584,499 ("the 499 Patent"), 10,148,659 ("the 659 Patent"), and 10,560,454 ("the 454 Patent") as follows:

## I. Agreed Constructions

| | **Claim Term, Phrase, or Clause** | **Agreed Construction** |
|---|---|---|
| 1 | claim preambles | *The preambles are non-limiting.* |

## II. Disputed Claim Terms

| | **Claim Term, Phrase, or Clause** | **Court's Construction** |
|---|---|---|
| 2 | order of steps in method claims<br><br>079 claim 11<br>802 claim 11<br>499 claims 1, 3<br>659 claim 1<br>454 claim 1 | 079 Patent, Claim 11: [a] before [c]; [c] before [d].<br><br>802 Patent, Claim 11: [a] before [d]; [b] before [c]; [d] before [e].<br><br>499 Patent, Claim 1: [a] before [c] and [d]; [d] before [e].<br><br>499 Patent, Claim 3: [a] before [c]; [b] before [d]; [e] before [f].<br><br>659 Patent, Claim 1: [a] before [b], [c], and [e]; [c], [d], and [e] before [f]; [c] before [d].<br><br>454 Patent, Claim 1: [a] before [b], [c], and [e]; [c], [d], and [e] before [f] |
| 3 | [unauthorized] service client<br><br>079 claims 1, 7, 11, 17<br>802 claims 1, 7, 11, 17<br>499 claims 1, 3<br>454 claims 1, 5, 8, 12 | a service client that must receive permission from an authorized user to access a secured resource |
| 4 | secured resource<br><br>079 claims 1, 3, 7, 11, 12, 13, 16-19 | a resource belonging to an authorized user who controls the right of access thereto |

3

|   | **Claim Term, Phrase, or Clause** | **Court's Construction** |
|---|---|---|
|   | 802 claims 1, 2, 5, 7, 11, 12, 16-19<br>499 claims 1, 3<br>454 claims 1, 5, 8, 12 |   |
| 5 | messaging gateway<br><br>079 claims 1, 11<br>802 claims 1, 11<br>499 claims 1, 3 | Plain and ordinary meaning. |
| 6 | authorized user<br><br>079 claims 1, 2, 3, 8, 11, 12, 13, 18<br>802 claims 1, 2, 8, 11, 12, 18<br>499 claims 1, 3 | Plain and ordinary meaning. |
| 7 | key string<br><br>079 claims 1, 11<br>802 claims 1, 5, 11<br>499 claims 1, 3<br>659 claims 1, 9<br>454 claims 1, 8 | *key string*: a string that identifies at least the authorized user.<br><br>*string:* an ordered sequence of any subset of symbols selected from a set of symbols wherein each symbol forming the set may be represented in both a format that may be perceived by an end user and a format that may be recognized by software or hardware |
| 8 | key string known to both said secured resource and the authorized user<br><br>079 claims 1, 11 | Plain and ordinary meaning. |
| 9 | key string [being] adapted to provide a basis for authenticating the identity of said requester<br><br>079 claims 1, 11<br>802 claims 1, 11 | Plain and ordinary meaning. |
| 10 | authentication credential<br><br>079 claims 1, 6, 11, 16 | a credential for authenticating a request to access a secured resource |

|    | **Claim Term, Phrase, or Clause** | **Court's Construction** |
|----|-----------------------------------|--------------------------|
|    | 802 claims 1, 6, 11, 16<br>499 claims 1, 3<br>659 claims 1, 3, 7, 9, 11, 15<br>454 claims 1, 3, 7, 8, 10, 14 |  |
| 11 | based upon passage of time<br><br>079 claims 6, 16<br>802 claims 6, 16<br>659 claims 7, 15<br>454 claims 7, 14 | Plain and ordinary meaning. |
| 12 | a service user interface in communication with said server, said service user interface having a third set of instructions embodied in a computer readable medium operable to receive input from said unauthorized service client<br><br>079 claim 11<br>802 claim 11 | Plain and ordinary meaning. |
| 13 | primary identifier<br><br>499 claims 1, 3 | a primary identifier associated with a secured resource |
| 14 | receiving at a messaging gateway having a first set of instructions embodied in a computer readable medium, said first set of instructions operable to receive a request for transaction specific access to a secured resource by a service client<br><br>499 claims 1, 3 | Indefinite. |
| 15 | common identifier<br><br>454 claims 1, 5, 8, 12 | an identifier associated with a secured resource (*e.g.*, a credit card number, social security number, ATM account number, etc.) |

**SIGNED** this 6th day of September, 2022.

_____
ALAN D ALBRIGHT