# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| TEXTILE COMPUTER SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BROADWAY NATIONAL BANK D/B/A BROADWAY BANK, <br><br> Defendant. | CIVIL ACTION NO. 6:21-cv-1050-ADA <br><br> **JURY TRIAL DEMANDED** |
| TEXTILE COMPUTER SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> CHARLES SCHWAB BANK, <br><br> Defendant. | CIVIL ACTION NO. 6:21-cv-1051-ADA <br><br> **JURY TRIAL DEMANDED** |
| TEXTILE COMPUTER SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> COMERICA BANK, <br><br> Defendant. | CIVIL ACTION NO. 6:21-cv-1052-ADA <br><br> **JURY TRIAL DEMANDED** |
| TEXTILE COMPUTER SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> FROST BANK, <br><br> Defendant. | CIVIL ACTION NO. 6:21-cv-1053-ADA <br><br> **JURY TRIAL DEMANDED** |

| | |
|---|---|
| TEXTILE COMPUTER SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> INDEPENDENT BANK, <br><br> Defendant. | CIVIL ACTION NO. 6:21-cv-1054-ADA <br><br> **JURY TRIAL DEMANDED** |
| TEXTILE COMPUTER SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> INTERNATIONAL BANK OF COMMERCE, <br><br> Defendant. | CIVIL ACTION NO. 6:21-cv-1055-ADA <br><br> **JURY TRIAL DEMANDED** |
| TEXTILE COMPUTER SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SOUTHSIDE BANK, <br><br> Defendant. | CIVIL ACTION NO. 6:21-cv-1056-ADA <br><br> **JURY TRIAL DEMANDED** |
| TEXTILE COMPUTER SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TEXAS CAPITAL BANK, <br><br> Defendant. | CIVIL ACTION NO. 6:21-cv-1057-ADA <br><br> **JURY TRIAL DEMANDED** |
| TEXTILE COMPUTER SYSTEMS, INC., <br><br> Plaintiff, <br> v. <br><br> VANTAGE BANK TEXAS, <br><br> Defendant. | CIVIL ACTION NO. 6:21-cv-1058-ADA <br><br> **JURY TRIAL DEMANDED** |

| | |
|---|---|
| TEXTILE COMPUTER SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> WOODFOREST FINANCIAL GROUP, INC., WOODFOREST FINANCIAL SERVICES, INC., and WOODFOREST NATIONAL BANK, <br><br> Defendants. | CIVIL ACTION NO. 6:21-cv-1059-ADA <br><br> **JURY TRIAL DEMANDED** |

# ORDER GRANTING UNIFIED PATENTS' MOTION TO QUASH

Before the Court is Nonparty Unified Patents, LLC's Motion to Quash subpoenas issued by Textile Computer Systems, Inc. in the cases listed below. Having considered the Motion and related briefing, the Court finds that the Motion should be granted. It is, therefore, hereby ORDERED that Unified Patents, LLC's Motion to Quash subpoenas issued by Textile Computer Systems, Inc. in the following cases is GRANTED and the Subpoenas directed to Unified Patents, LLC in such cases are quashed:

A. Textile Computer Systems, Inc. v. Broadway National Bank d/b/a Broadway Bank, 6:21-cv-1050-ADA,

B. Textile Computer Systems, Inc. v. Charles Schwab Bank, 6:21-cv-1051-ADA,

C. Textile Computer Systems, Inc. v. Comerica Bank, 6:21-cv-1052-ADA,

D. Textile Computer Systems, Inc. v. Frost Bank, 6:21-cv-1053-ADA,

E. Textile Computer Systems, Inc. v. Independent Bank, 6:21-cv-1054-ADA,

F. Textile Computer Systems, Inc. v. Southside Bank, 6:21-cv-1056-ADA,

G. Textile Computer Systems, Inc. v. Texas Capital Bank, 6:21-cv-1057-ADA, and

H. Textile Computer Systems, Inc. v. Vantage Bank Texas, 6:21-cv-1058-ADA.

IT IS SO ORDERED.

Dated: _____

Hon. Alan D. Albright
United States District Judge