# EXHIBIT 6

FILED UNDER SEAL - PROTECTIVE ORDER MATERIAL

Kevin Jakel  Confidential
February 14, 2019                                    1

```
 1        UNITED STATES PATENT AND TRADEMARK OFFICE

 2          BEFORE THE PATENT TRIAL AND APPEAL BOARD

 3

 4   UNITED PATENTS INC.,        )

 5          Petitioner          )

 6          v.                  ) Case IPR2018-00043

 7   FALL LINE PATENTS, LLC,     ) Patent 9,454,748

 8          Patent Owner.        )

 9              - - - - - - - - - - -

10

11       CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

12

13                    DEPOSITION OF

14                     KEVIN JAKEL

15

16

17           Thursday, February 14, 2019

18

19

20

21

22

23   Reported by:  Lori J. Goodin, RPR, CLR, CRR, RSA

24              California CSR #13959

25   Assignment No.  261625
```

U.S. LEGAL SUPPORT
1-800-567-8757

Unified Patents v. Fall Line
IPR2018-00043
Fall Line EX2009

Appx4769

FILED UNDER SEAL - PROTECTIVE ORDER MATERIAL

Kevin Jakel   Confidential
February 14, 2019                              2

```
 1
 2
 3              The deposition of KEVIN JAKEL was
 4    convened on Thursday, February 14, 2019,
 5    commencing at 8:46 a.m., at the offices of
 6
 7           HAYES and BOONE, LLP
 8           800 17th Street, Northwest
 9           Washington, D.C.  20006
10
11    before Lori J. Goodin, Registered Professional
12    Reporter, Certified LiveNote Reporter, Certified
13    Realtime Reporter, Realtime Systems Administrator,
14    California CSR #13959, and Notary Public in and
15    for the District of Columbia.
16
17
18
19
20
21
22
23
24
25
```

U.S. LEGAL SUPPORT
1-800-567-8757

Unified Patents v. Fall Line
IPR2018-00043
Fall Line EX2009

Appx4770

FILED UNDER SEAL - PROTECTIVE ORDER MATERIAL

Kevin Jakel  Confidential
February 14, 2019                                    3

```
 1                       APPEARANCES

 2

 3   For Petitioner:

 4       JONATHAN R. BOWSER, Esquire
         Senior Patent Counsel
 5       UNIFIED PATENTS
         1875 Connecticut Avenue, Northwest
 6       Floor 10
         Washington, D.C.  20009
 7       202-669-0260
         jbowser@unifiedpatents.com
 8

 9   And Co-counsel (via telephone):

10       RAGHAV BAJAJ, Esquire
         HAYNES AND BOONE, LLP
11       600 Congress Avenue
         Suite 1300
12       Austin, Texas 78701
         512-867-8520
13       raghav.bajaj@haynesboone.com

14

15   For Patent Owner:

16       MATTHEW J. ANTONELLI, Esquire
         ANTONELLI, HARRINGTON & THOMPSON, LLP
17       4306 Yoakum Boulevard
         Suite 4540
18       Houston, Texas  77006
         712-581-3000
19       matt@ahtlawfirm.com

20

21

22

23

24

25
```

U.S. LEGAL SUPPORT
1-800-567-8757

Unified Patents v. Fall Line
IPR2018-00043
Fall Line EX2009

Appx4771

FILED UNDER SEAL - PROTECTIVE ORDER MATERIAL

Kevin Jakel  Confidential
February 14, 2019                                          4

```
 1                        CONTENTS

 2    EXAMINATION BY                            PAGE

 3    Mr. Antonelli                               5

 4    Mr. Bowser                                183

 5    Mr. Antonelli                             186

 6

 7                        EXHIBITS

 8                      None marked

 9

10               PRIOR MARKED EXHIBITS

11                 FIRST REFERRAL

12        Unified Exhibit 1026          Page 158

13

14

15        (Telelphone conference pages 174-177)

16

17

18

19

20

21

22

23

24

25
```

Unified Patents v. Fall Line
IPR2018-00043
Fall Line EX2009

Appx4772

FILED UNDER SEAL - PROTECTIVE ORDER MATERIAL

Kevin Jakel  Confidential
February 14, 2019                          5

```
 1                    PROCEEDINGS
 2                      *   *   *
 3                    KEVIN JAKEL,
 4    a witness called for examination, having been
 5    first duly sworn, testified as follows:
 6                      *   *   *
 7                    EXAMINATION
 8    BY MR. ANTONELLI:
 9          Q.    Let's start by just having you state
10    your name and where you live for the record.
11          A.    Kevin Jakel, I live in Bethesda,
12    Maryland.
13          Q.    Okay.  And, you are an attorney; is
14    that right?
15          A.    I am.
16          Q.    And how long have you been an
17    attorney?
18          A.    2004, I believe.
19          Q.    You have also had your deposition
20    taken a number of times?
21          A.    I have.
22          Q.    How many times?
23          A.    Seven, eight.
24          Q.    And is that all in connection with
25    your work for Unified Patents?
```

Unified Patents v. Fall Line
IPR2018-00043
Fall Line EX2009

Appx4773

FILED UNDER SEAL - PROTECTIVE ORDER MATERIAL

Kevin Jakel   Confidential
February 14, 2019                                    8

1    BY MR. ANTONELLI:

2         Q.    Okay.  Let me just get a little bit

3    of your background.  If you would just tell me

4    about your career before you started at Unified

5    Patents.

6         A.    So, I started out as an engineer a

7    long time ago.  Built satellites with the

8    government.  And then I decided to go to law

9    school.  Moved to D.C., went to work at the

10   Patent Office for about two years.

11              And then I moved to Howrey, and I

12   went to law school at night and did patent

13   prosecution for Howrey during the day.

14              Then I graduated from law school,

15   did prosecution and litigation work at Howrey for

16   a couple of years and then moved to Kay Scholer.

17   I was at Kay Scholer for five years.  Almost

18   entirely litigation work at Kaye Scholer.

19              Then moved to Intuit and was head of

20   IP litigation at Intuit for a few years before

21   leaving Intuit and founding Unified.

22        Q.    What year did you leave Intuit and

23   found Unified?

24        A.    2012.

25        Q.    Whose idea was it to found Unified?

Unified Patents v. Fall Line
IPR2018-00043
Fall Line EX2009

Appx4776

FILED UNDER SEAL - PROTECTIVE ORDER MATERIAL

Kevin Jakel  Confidential
February 14, 2019                                    26

```
 1          Q.    Is that including benefits?
 2          A.    I don't think so.    ████████████
 3  ██████████████████████████████████████████████
 4  ████████████████████████████████
 5                And then benefits, █████████████████
 6  ██████████████████████████████████████████████████
 7  ██████████████████████████████████████████████████
 8  █████████████
 9          Q.    So, do you have an idea all in what
10  your total is for salaries and benefits, those
11  expenses?
12              ████████████████████████████████████████
13  ████████████████████
14          Q.    What other expenses does Unified
15  have?
16          A.    Rent, travel, a whole bunch of
17  stuff.  Meals and conferences and, you know, all
18  of that good stuff.
19          Q.    What about outside counsel?  Is that
20  a big expense for Unified?
21          A.    Outside counsel is probably, is our
22  biggest expense in terms of like, if you are
23  talking about, I thought you were kind of talking
24  about the company and stuff.
25                But, yes.  So, in doing our
```

Unified Patents v. Fall Line
IPR2018-00043
Fall Line EX2009

Appx4794

FILED UNDER SEAL - PROTECTIVE ORDER MATERIAL

Kevin Jakel  Confidential
February 14, 2019                                    27

1    deterrence work that we do for the zones that we

2    work for, outside counsel is our single biggest

3    expense.

4          Q.     How big is your outside counsel

5    expense?

6          A.     ███████████████████████████ a

7    year.

8          Q.     And those are going to, say for

9    example, the attorneys that are filing and

10   prosecuting the IPRs in front of the patent

11   office?

12         A.     That is a big, that is the big part

13   of the outside counsel expense.  And there are a

14   few other things that people do as well, but.

15         Q.     Anything else significant you want

16   to mention other than the IPRs?

17         A.     Well, it is, we don't all, I mean we

18   pay them and they don't always need to file an

19   IPRs, final research, validity, everything, we do

20   all of that doesn't always end up in IPRs.

21                But, the IPRs are the biggest

22   expense.

23         Q.     So, also some work that kind of

24   investigating for potential IPRs then it may not

25   turn out to be an IPR?

Unified Patents v. Fall Line
IPR2018-00043
Fall Line EX2009

Appx4795

FILED UNDER SEAL - PROTECTIVE ORDER MATERIAL

1   any kind of ballpark idea what that eats up every

2   year?

3   ██████████████████████

4        Q.     Meals, conferences you mentioned?

5        A.     I have no idea. ███████████████████

6   ████████████   I'm just throwing numbers out.

7        Q.     Any other bigger ticket items that

8   you can think of that make up part of the expense

9   structure of Unified that you haven't mentioned

10  yet?

11       A.     Sure, I mean, I don't know.  Not off

12  the top of my head.

13       Q.     So, we have gone over all of the big

14  ones that are obvious?

15       A.     As far as I can remember right now.

16       Q.     Okay.  So, I guess we will stick

17  with 2017 because that was the one that you were

18  comfortable talking about with about ███████████

19  in revenue.

20            Where did that revenue come from?

21       A.     That revenue would have come from

22  all of our membership fees.

23            So, each of the zones has

24  memberships; people pay to participate in a zone.

25  And the amount that they pay us goes into, if you

Unified Patents v. Fall Line
IPR2018-00043
Fall Line EX2009

Appx4799

FILED UNDER SEAL - PROTECTIVE ORDER MATERIAL

1  add it all up, it is somewhere around ████████

2         Q.    Okay.

3         A.    The, there is some additional

4  revenue that comes in from conferences.

5                So, we run conferences throughout

6  the year and I think brought in like ██████ on

7  conferences.  And then we also have some revenue

8  from what we are calling our standard essential

9  patent zones in 2017.

10                Those made up, those made up another

11  ████████████

12                And actually I, that is probably

13  where the extra expenses went on 2017 is we spent

14  a bunch of money doing landscape analysis and

15  building a machine running algorithm to identify

16  standard essential patents and a whole bunch of

17  work on standard essential landscaping stuff.

18         Q.    Was that done in-house or with

19  outside counsel?

20         A.    That was done mostly in-house and

21  working with other third party, like landscaping,

22  like search, search firms.

23         Q.    Sure.  Okay.  Any other source of

24  revenue than the ones that you have just

25  mentioned?

Unified Patents v. Fall Line
IPR2018-00043
Fall Line EX2009

Appx4800

FILED UNDER SEAL - PROTECTIVE ORDER MATERIAL

Kevin Jakel  Confidential
February 14, 2019                              33

```
 1          A.      No.

 2          Q.      So, something like ███████ of it

 3   at least is from what you have called membership

 4   fees?

 5          A.      Yes.

 6          Q.      Okay.  And, to be clear, I want to

 7   make sure I'm using the right terminology.  That

 8   is how you referred to it within Unified Patents.

 9   These fees are called membership fees?

10          A.      Yes, membership fees, subscription

11   fees.

12          Q.      Sometimes you refer to then as

13   subscription fees?

14          A.      Yes.

15          Q.      And then the people that you get

16   these fees from, you call them members or

17   subscribers?

18          A.      Yes.

19          Q.      You use both terminology within

20   Unified?

21          A.      Yes, I mean subscribers, not so much

22   subscribers.  But, members are what we kind of

23   refer to, to people who participate.

24                  Subscription fees is what the

25   agreement, the membership agreement refers to as
```

U.S. LEGAL SUPPORT
1-800-567-8757

Unified Patents v. Fall Line
IPR2018-00043
Fall Line EX2009

Appx4801

FILED UNDER SEAL - PROTECTIVE ORDER MATERIAL

Kevin Jakel  Confidential
February 14, 2019                                    35

```
 1    got to pay for them unless you figure out how to

 2    cancel it?

 3         A.    Yes, it doesn't work like that.

 4         Q.    What does Unified promise to do for

 5    its members in its membership agreements?

 6               MR. BOWSER:  Objection.

 7               THE WITNESS:  Well, so, Unified has

 8        a membership agreement where we say that we

 9        are going to go and use the  ████████████

10        ███████████  to generate a deterrence impact on

11        behalf of a zone.

12    BY MR. ANTONELLI:

13         Q.    So, that is the contractual promise

14    that Unified makes to its members in return for

15    the membership fees it receives from its members?

16         A.    Yes.

17         Q.    Does Unified promise to its members

18    that it will, in some general way file re-exams

19    or IPRs?

20         A.    The membership agreement has a list

21    of some, not -- some options that Unified may

22    take advantage of.

23               It is a list of, I don't know, ten

24    things.  One of the items on the list is that we

25    would challenge patents.  Doesn't specifically
```

Unified Patents v. Fall Line
IPR2018-00043
Fall Line EX2009

Appx4803

FILED UNDER SEAL - PROTECTIVE ORDER MATERIAL

Kevin Jakel  Confidential
February 14, 2019                                    36

```
 1    say that we were going to use IPRs, whether we
 2    were going to file re-exams or any other form of
 3    challenge.
 4              And so that is one of the options
 5    that Unified has to take advantage of.  It
 6    doesn't say, there is no promise that we will do
 7    one or like 100.
 8         Q.    Okay.
 9         A.    It just says that that is one of the
10    options among the whole long list of other items
11    as well.
12         Q.    And that is a list of options that
13    all fall within the category of Unified using its
14    best of its abilities to generate deterrence?
15         A.    Yes.
16         Q.    In fact, Unified has most often
17    chosen the option to file IPRs, right?
18              At least, that is what you have
19    spent most of your money on.  Is that fair?
20         A.    So, this is my personal feeling is
21    that, after having studied everything and been in
22    this area for a while, IPRs are the most cost
23    effective way for Unified to generate that
24    deterrence.
25         Q.    And that is the choice that Unified
```

Unified Patents v. Fall Line
IPR2018-00043
Fall Line EX2009

Appx4804

FILED UNDER SEAL - PROTECTIVE ORDER MATERIAL

Kevin Jakel  Confidential
February 14, 2019                              37

1    has made, though, right?

2         A.    Unified has made the choice to file

3    IPRs as its most effective way of generate the

4    deterrence for the zones we work for.

5         Q.    Have you ever, has Unified in any

6    way ever communicated to members or potential

7    members that that is what it is determined as

8    being the most effective way to generate

9    deterrence?

10        A.    I don't know what you exactly mean

11   by communicated.

12        Q.    Well say it at a conference, or in a

13   phone call or one of your meetings with your

14   members, anything like that?

15        A.    It is not a secret that Unified

16   believes that filing IPRs is a good way to

17   generate deterrence for the zone we work in.

18        Q.    Okay.  But I have a specific

19   question for a specific reason which is have you

20   ever communicated that nonsecret to your members?

21        A.    It has been a nonsecret since the

22   day we started the company.

23        Q.    Have you communicated it to your

24   members?

25        A.    I guess I'm, it is not the business

U.S. LEGAL SUPPORT
1-800-567-8757

Unified Patents v. Fall Line
IPR2018-00043
Fall Line EX2009

FILED UNDER SEAL - PROTECTIVE ORDER MATERIAL

Kevin Jakel  Confidential
February 14, 2019                                    38

```
 1   model has been communicated.  The idea of

 2   challenging patents as part of our business model

 3   has been part of Unified's business model from

 4   day one.

 5           So, like, we are going to file IPRs,

 6   it is not the conversation.  The conversation is,

 7   we are going to generate a deterrence on behalf

 8   of the zone.

 9           One of the things that is going to

10   be part of that is going to be challenging

11   patents and Unified is going to have the ability

12   to do any, any option we want and one of those

13   options is filing IPRs.

14       Q.    So, I appreciate everything you

15   said.

16           But, I don't think you quite

17   answered my question.

18       A.    I think I did.

19       Q.    Let me try to ask it a different way

20   just because I want to, I didn't mean to have an

21   argument with you about whether you answered my

22   question.  Maybe that is a bad way for me to

23   start my question.

24           Let me try to go at it a different

25   way, because, what I'm particularly interested in
```

U.S. LEGAL SUPPORT
1-800-567-8757

Unified Patents v. Fall Line
IPR2018-00043
Fall Line EX2009

FILED UNDER SEAL - PROTECTIVE ORDER MATERIAL

Kevin Jakel  Confidential
February 14, 2019                              39

1    is, you have told me today that Unified has

2    figured out the best way to generate deterrence

3    is to file IPRs.  Fair?

4         A.    Fair.

5         Q.    Have you ever told that to any of

6    your members?

7         A.    I don't think I have ever had that

8    conversation where I said those exact words to a

9    member, to my recollection.

10        Q.    Okay.  Let me ask a little bit more

11   of a follow-up because I'm not super interested

12   in having my question be limited to whether you

13   said those exact words.

14             So, specifically, whether or not you

15   used those exact words, please tell me if you or

16   anyone else at Unified has ever communicated to a

17   member that Unified has determined that the best

18   way to go about deterring, or generating

19   deterrence is to file IPRs?

20        A.    So, I think I answered this.  We

21   don't have the conversation that you are

22   describing.  Because that is not how we pitch

23   Unified Patents to say everybody, we determined

24   IPRs are the best way to do it.  That is just not

25   the conversation that we have.

U.S. LEGAL SUPPORT
1-800-567-8757

Unified Patents v. Fall Line
IPR2018-00043
Fall Line EX2009

Appx4807

FILED UNDER SEAL - PROTECTIVE ORDER MATERIAL

Kevin Jakel  Confidential
February 14, 2019                    42

```
 1    of technology areas.  And the mechanisms through
 2    which we do that are not, we don't tell them that
 3    we have decided that IPRs are the best way to
 4    create the deterrence.  That is just not the way
 5    we talk to our members.
 6          Q.    So, the problem I'm having with your
 7    answer and first of all I'm going to object and
 8    move to strike as nonresponsive.
 9                The problem that I'm having with
10    your answer is because you are talking about what
11    your general policy is and that is not my
12    question.  You are talking in general how you
13    talk to members overall.  The thrust about what
14    Unified policy is about how it talks to members.
15    That is not my question.
16                I'm going to give it one more try.
17    And I do think that this is a question that
18    fairly calls for a yes or no or I don't know.
19    And then you can give whatever explanation you
20    want.  But I would like an answer to my question,
21    and if I don't get one we will take it up for the
22    board.
23                So, my question is, has Unified ever
24    told, ever, like one time, told a member that it
25    has determined that the best strategy for
```

Unified Patents v. Fall Line
IPR2018-00043
Fall Line EX2009

Appx4810

FILED UNDER SEAL - PROTECTIVE ORDER MATERIAL

Kevin Jakel  Confidential
February 14, 2019                    43

```
 1    generating deterrence is filing IPRs?

 2                MR. BOWSER:  Objection, asked and

 3         answered.

 4                THE WITNESS:  So, I'm going to tell

 5         you one more time.  I have no recollection of

 6         anyone at Unified ever having a conversation

 7         with any member about what Unified has

 8         decided is the best way to generate

 9         deterrence.

10                We have had lots of conversations

11         about how and what we do to create deterrence

12         on behalf of the zone.

13                But, Unified's internal decision-

14         making and what we think is the most

15         effective way or not is, that is not how we,

16         this is just a foreign idea to talk about

17         what we think is like the best way.  That is

18         not, we do what we do.

19                Our members know what we do and that

20         has been clear since the very beginning of

21         Unified's founding.

22    BY MR. ANTONELLI:

23         Q.    Do you report to any of the members

24    about the IPRs that you have filed?

25         A.    We, when we file an IPR we send out
```

Unified Patents v. Fall Line
IPR2018-00043
Fall Line EX2009

Appx4811

FILED UNDER SEAL - PROTECTIVE ORDER MATERIAL

Kevin Jakel  Confidential
February 14, 2019                              45

1    surprised if your e-mail is on it.

2          Q.    I think I'm on it.

3          A.    So, you probably have received it.

4    And it goes out and it says hey, we invalidated a

5    patent.

6                That is, in terms of like announcing

7    the results of each and every IPR, that's pretty

8    much the extent of our communications with

9    members about, like, a specific IPR.

10         Q.    Okay.  To be clear, that e-mail that

11   you have just described with 30,000 members, that

12   includes your members?

13         A.    It does, yes.

14         Q.    And, you mentioned in the summary

15   that you provide to your members at the end of

16   the year that you tell them which IPRs you have

17   filed in the year.  Is that correct?

18         A.    So, we have like a list of

19   activities.  So, it is a chart, just like a, it

20   just lists the name of the entity that we filed

21   an IPR against.

22         Q.    So, there is a line entry for each

23   IPR?

24         A.    Yes, I mean it is not a, at this

25   point we have grown to a size where the

Unified Patents v. Fall Line
IPR2018-00043
Fall Line EX2009

Appx4813

FILED UNDER SEAL - PROTECTIVE ORDER MATERIAL

Kevin Jakel  Confidential
February 14, 2019                                    46

1    activities within a zone for a particular year

2    would be ███ IPRs long possibly for a

3    particular zone.

4            Q.    In the annual summary that you

5    provide to your members, do you provide any other

6    information about your IPR activity other than

7    the line entries that you have just described?

8            A.    About the IPR activity?

9            Q.    Yes, any other information about

10   your IPR activity?

11           A.    Well, so, we have how much we spent

12   on each IPR.  So, like we, this is a aspect of

13   Unified that we wanted transparency when we

14   founded the company.

15               So, it is interesting data, as lots

16   of companies care about what IPRs cost.

17               Just a benchmark and things like

18   this.

19           Q.    Just to be clear, you provide the

20   amount you spent on an IPR per IPR basis?

21           A.    Yes.

22           Q.    So, at some point you will report to

23   your members that we spent X dollars on the IPR

24   against Fall Line, is that fair?

25           A.    It will show up in a list of

U.S. LEGAL SUPPORT
1-800-567-8757

Unified Patents v. Fall Line
IPR2018-00043
Fall Line EX2009

FILED UNDER SEAL - PROTECTIVE ORDER MATERIAL

Kevin Jakel   Confidential
February 14, 2019                                47

1    everything that is going on in the report.

2              So, everything that is going on in

3    the zone, there will be a list of all of the IPRs

4    and the amount, it is an estimate, guesstimate,

5    at that particular moment in time of what we have

6    kind of spent on an individual IPR as part of one

7    big long list.

8        Q.    And what other information do you

9    provide, besides, you mentioned the line item for

10   each IPR that you have filed, the amount of money

11   that you have spent so far on that IPR.

12             What other information do you

13   provide on the IPR on the annual summary reports?

14       A.    So, when it comes to the IPR itself,

15   that is basically it.

16             I mean, if we have received a

17   license, it is not really part of the IPR.

18             But, I mean, if we have a license to

19   patents, then, we just have a listing, here are

20   all of the licenses that you have received.  And

21   some of those are the result of IPRs, some of

22   them are not.

23             Then there will be, and then there

24   is some like case studies.  So, like we take a

25   few IPRs, that, you know, that we like, that tell

Unified Patents v. Fall Line
IPR2018-00043
Fall Line EX2009

Appx4815

FILED UNDER SEAL - PROTECTIVE ORDER MATERIAL

Kevin Jakel  Confidential
February 14, 2019                      56

```
 1              Are they allowed to tell you that?
 2   Are they prohibited from -- let me ask it a
 3   different way?
 4              Are your members prohibited from
 5   telling you that, either by a contractual
 6   provision or by a policy that you have set?
 7        A.    Yeah, so, I mean I think, there is
 8   no contractual aspect of us saying what
 9   individuals can and can't tell us.
10              So, what I was referring to is the
11   policy.
12              So, Unified does not have
13   conversations with members about their
14   litigations.  So, we would, we would not ask for,
15   they wouldn't tell us about what claims have been
16   asserted, what the, you know, what -- we don't
17   have any conversations about a company's
18   litigation between us and them.
19              We don't expressly tell them, and
20   they know this, that, and everyone knows this,
21   that we are not a law firm.  We don't behave like
22   one.  We don't represent them.  So we do not have
23   an attorney/client relationship with them.
24              And they shouldn't tell us anything
25   about their litigation.  We might know stuff
```

Unified Patents v. Fall Line
IPR2018-00043
Fall Line EX2009

Appx4824

FILED UNDER SEAL - PROTECTIVE ORDER MATERIAL

Kevin Jakel  Confidential
February 14, 2019                                    57

```
 1   because we have looked at a docket and have saw
 2   that a litigation was filed.
 3              But we don't get any additional
 4   information about litigation from our members,
 5   things like which claims were asserted if that is
 6   not public then we just simply won't know.  We
 7   just simply won't know and we won't get that
 8   information from our members.
 9       Q.    Did anybody that Fall Line sued ever
10   tell you what claims were asserted against them?
11       A.    Not to my knowledge, no.
12       Q.    Well, do you know?  Can you answer
13   that question based on your own knowledge?
14              Do you have sufficient knowledge to
15   answer that question yes or no?
16       A.    I do.  And I know that we didn't
17   have conversations with anyone about Fall Line
18   where someone told us what claims were asserted.
19       Q.    I want to make sure that my question
20   is crystal clear, because I'm not talking about
21   just the current Fall Line litigations.  I'm mean
22   anybody that Fall Line has sued.
23              Your testimony is that no one that
24   Fall Line has ever sued has told you what claims
25   were being asserted?  I want to make sure that is
```

Unified Patents v. Fall Line
IPR2018-00043
Fall Line EX2009

Appx4825

FILED UNDER SEAL - PROTECTIVE ORDER MATERIAL

Kevin Jakel  Confidential
February 14, 2019                    58

```
 1   clear.
 2         A.     I have no knowledge that anyone at
 3   Unified has ever had a conversation with anyone
 4   where we were told which claims were asserted
 5   against anyone.
 6         Q.     Okay.  And so this time your answer
 7   was phrased as you have no knowledge of that.
 8                I mean, are you in a position, are
 9   you in a knowledgeable enough position to answer
10   that question yes or no?
11         A.     So, I'm a little bit confused.  I
12   mean, like --
13         Q.     I think it happened --
14                MR. BOWSER:  Objection.
15   BY MR. ANTONELLI:
16         Q.     -- so that is why I am asking the
17   question.  I think one of the defendants we sued
18   has reported to Unified specifics about what
19   patents are being asserted, what claims are being
20   asserted.
21                And so I want to know whether you
22   are testifying, under, under oath today that that
23   did not happen?
24                MR. BOWSER:  Objection.
25                THE WITNESS:  I have no knowledge of
```

Unified Patents v. Fall Line
IPR2018-00043
Fall Line EX2009

Appx4826

FILED UNDER SEAL - PROTECTIVE ORDER MATERIAL

Kevin Jakel  Confidential
February 14, 2019                        59

```
 1        that.  And, I know the people who would have

 2        had conversations, I have talked to them

 3        about all of our cases, and, this, this is

 4        something that we don't talk to any of our

 5        members about.

 6                  So, we would not be getting

 7        information from anyone about which claims

 8        were asserted in the litigation.

 9   BY MR. ANTONELLI:

10        Q.    Okay.  So you are denying that today

11   under oath.  Is that fair?

12        A.    I'm what?

13        Q.    You are denying it under oath today.

14        A.    Yes, I'm denying it under oath

15   today.

16                  MR. BOWSER:  Excuse me, we have been

17        going for about an hour.

18                  MR. ANTONELLI:  Sure, do you want a

19        break sure.

20                  (Recess taken -- 9:54 a.m.)

21                  (After recess -- 10:01 a.m.)

22   BY MR. ANTONELLI:

23        Q.    I want to go back to the questions I

24   was asking about under the contract where you

25   mentioned one thing is that Unified is required
```

Unified Patents v. Fall Line
IPR2018-00043
Fall Line EX2009

Appx4827

FILED UNDER SEAL - PROTECTIVE ORDER MATERIAL

Kevin Jakel  Confidential
February 14, 2019                              61

 1  is an obligation in the agreement.

 2      Q.    Do your contracts with your members

 3  obligate Unified to spend a certain percentage of

 4  the money that they receive on deterrence

 5  activities?

 6      A.    No.

 7      Q.    Do they require Unified Patents to

 8  spend any particular amount of money on deterrence

 9  activities?

10      A.    No.

11      Q.    So, if you wanted to, you can take

12  all of that revenue and buy Ferraris with it?

13      A.    I could.

14      Q.    If you did buy Ferraris in a given

15  year, you probably wouldn't get a bunch of

16  members to sign up again, would you?

17      A.    I don't know.  They might think I'm

18  pretty cool, but...

19      Q.    Okay.  Do you report any sort of

20  metric, do you have any metrics that you use in

21  your reporting to your members about your

22  deterrence activities?

23      A.    I don't think so.  I don't know

24  what, do you have an idea?

25      Q.    Number of IPRs filed, percentage

Unified Patents v. Fall Line
IPR2018-00043
Fall Line EX2009

Appx4829

FILED UNDER SEAL - PROTECTIVE ORDER MATERIAL

Kevin Jakel  Confidential
February 14, 2019                              64

```
 1          A.     No.
 2          Q.     What does Unified typically spend on
 3     an IPR?
 4          A.     I don't know what an average cost
 5     for it is.  Ones that go the distance are more
 6     expensive; it depends on the counsel on the other
 7     side.  Some counsels are easy to work with and
 8     some counsels are not.
 9                 The, some IPRs settle so those don't
10     go the distance.
11                 Some of our counsel are less
12     expensive than others.  So, it really is kind of
13     all over the place.
14          Q.     So, let me go back to the things
15     that you promised to your members in your
16     contracts.
17                 So we talked about you promised to
18     engage in general deterrence, and your promise to
19     provide annual reports with various information
20     in it.
21                 Is there anything else that you
22     promise to your members in the contracts?  And
23     I'm fine with you focusing kind of on business
24     terms.
25          A.     The agreement works like there is a
```

U.S. LEGAL SUPPORT
1-800-567-8757

Unified Patents v. Fall Line
IPR2018-00043
Fall Line EX2009

Appx4832

CONFIDENTIAL MATERIAL REDACTED

FILED UNDER SEAL - PROTECTIVE ORDER MATERIAL

Kevin Jakel  Confidential
February 14, 2019                                65

```
 1    master agreement that says Unified is a, like,

 2    here is what every member signs up for.

 3                    And, in here we say for the zones

 4    that you subscribe, we are going to use, what is

 5    the contract term,                        ,

 6    whatever, to, you know, reduce MPE activity in a

 7    zone.

 8                    And, then, you know, some of the

 9    things we may do are the following in order to

10    achieve that.

11                    And then we say at the end, you

12    know, we will give you the data and everything we

13    generate from this.  We will give you things like

14    the cost of IPRs.  There is a whole bunch of

15    other requirements in there too, just to say we

16    will generate reports about MPE activity.

17                    We meet all of those obligations by

18    sending out, like, you know, mass reports.  So,

19    like at the end of every year we do an end of the

20    year MPE litigation report.  I'm sure you got the

21    e-mail; you probably saw it.

22                    That would be one of the ways we

23    meet some of those obligations which is just to

24    like give people data about what we know about

25    MPE activity.
```

Unified Patents v. Fall Line
IPR2018-00043
Fall Line EX2009

Appx4833

FILED UNDER SEAL - PROTECTIVE ORDER MATERIAL

Kevin Jakel  Confidential
February 14, 2019                                    66

```
 1              And so we meet those and then so
 2   that is, that is everything that we are going to,
 3   like, do for a zone.
 4              And then we have a subscription form
 5   that is attached to each master agreement as an
 6   exhibit.  And, if you are going to sign up for
 7   one zone content, then you sign the content
 8   subscription form.
 9              If you sign up to automotive, you
10   sign the automotive subscription zone.
11              And those have a definition in them
12   that says, defined zone that Unified is providing
13   that is going to be subscribed by a member is
14   defined like this.
15              And, everyone signs those exhibits
16   so that everyone, and those are the ones that
17   say, like, you know, how much everyone pays and
18   everything like that.
19              Because the master agreement,
20   everyone signs and then individual companies sign
21   to individual zones by executing the exhibits for
22   those zones.
23         Q.    So, let me go back to the question I
24   asked in maybe kind of a comical way about could
25   you blow all of the revenues on Ferrari for the
```

Unified Patents v. Fall Line
IPR2018-00043
Fall Line EX2009

Appx4834

FILED UNDER SEAL - PROTECTIVE ORDER MATERIAL

Kevin Jakel  Confidential
February 14, 2019                                    67

1   team.

2           And your answer was yes you could do

3   that.  But, how do you square that with the

4   contracts requirement that you use ███

5   ████████████████    to engage in a general

6   deterrence?

7           A.    So, I was clearly joking referring

8   to the Ferrari, being able to spend there.

9           Listen, I mean the contract says we

10  are going to use ██████████████████.

11          And so, whatever is in the list, I

12  mean, you know, in that list is any other

13  activities we think is appropriate which is what

14  I'm saying.

15          Like, we are not obligated to do any

16  of those things.

17          Q.    Right.

18          A.    But we are hired to do deterrence

19  for a zone and we believe that we meet those

20  obligations and we do so on an annual basis.

21          Q.    Right.  And so I mean my question

22  was serious, even though I use a funny example.

23          The truth is you can't take the

24  revenue and spend it all on Ferraris, right?

25          A.    I think if I was to do, I mean I'm

Unified Patents v. Fall Line
IPR2018-00043
Fall Line EX2009

Appx4835

FILED UNDER SEAL - PROTECTIVE ORDER MATERIAL

Kevin Jakel  Confidential
February 14, 2019                                    88

```
 1        Q.    Those are individual negotiations?
 2        A.    ███████████████████
 3        Q.    Those are individual negotiations?
 4        A.    ████
 5        Q.    So, ██████████████████████?
 6        A.    ████████████████████████
 7    ███████████████████
 8        Q.    Well that was for one zone.  A
 9    certain range.  And then, but that applies to
10    every zone?
11        A.    ████████████████████████
12    ███████████████████████
13        Q.    ███████████
14        A.    We give you a discount for, a
15    multiple zone discount.
16        Q.    Okay.  What is the typical zone
17    discount?
18        A.    ████████████  I think for multiple
19    zone discount.  It is way more than that if,
20    basically ████████████  if they signed up for
21    everything would be I don't know, █ or ████████
22    something like that.
23              This is basically what we have done,
24    if you want to get into all of them, it is about
25    █████████████████  zones to participate.
```

Unified Patents v. Fall Line
IPR2018-00043
Fall Line EX2009

Appx4856

FILED UNDER SEAL - PROTECTIVE ORDER MATERIAL

Kevin Jakel  Confidential
February 14, 2019                                    89

1    That is the, if you pay for ████████████████

2    ██████████, whatever, then you get to get into

3    ██████████████.

4          Q.    It seems like ████████████████ are

5    paying roughly for █████████████, right?

6    Roughly?

7          A.    Well, so, our, the equation is ████

8    ████████████████████████████████████████

9    ██.  So, the top rate used to be ████████ when we

10   first started out.

11               So, it is ████████████████████████

12   ██████████████ signed their agreements.

13         Q.    Do you have members that have

14   committed to more than one year?

15         A.    No, not in our MPE zones.

16               So, in our MPE zones, which is what

17   we are talking about right now, those are one

18   year agreements.

19               I think we, I think back in the day

20   I think we did a ████████████ way back in the

21   day that might have been a ██████████████.

22   But that was like four or five years ago.

23   Anyway, they are no longer a member, so...

24         Q.    You mentioned ████████ it reminded me

25   of a question that I wanted to ask.

Unified Patents v. Fall Line
IPR2018-00043
Fall Line EX2009

Appx4857

FILED UNDER SEAL - PROTECTIVE ORDER MATERIAL

Kevin Jakel  Confidential
February 14, 2019                              90

```
 1              When you have a member sign up, or
 2    when you have somebody who is a member, will you
 3    ever attack one of their patents?  Challenge one
 4    of their patents?
 5         A.   So, if a member was an MPE and they
 6    still joined up, then possibly, yes.  I mean, we
 7    are here to deter MPE activity.
 8              Everything that we do, what we ask
 9    people to do is, you know, is we are hired to do
10    deterrence work against MPE activity.
11              So, that is, it doesn't make sense
12    to ask are we going to go after a company's
13    patents.  Because our members are not MPEs.
14         Q.   Okay.  It sort of depends exactly
15    how you define an MPE, and at least Li Chang used
16    to talk about corporate MPEs, but...
17              But, so, let me just try to put a
18    point on this:  Has Unified ever challenged a
19    patent of one of its members?
20         A.   So, in the context of them owning
21    that patent, no.
22              But, I think there are situations
23    where they have sold patents to others, and I
24    think we have challenged patents that were
25    originally owned by companies that have been
```

U.S. LEGAL SUPPORT
1-800-567-8757

Unified Patents v. Fall Line
IPR2018-00043
Fall Line EX2009

FILED UNDER SEAL - PROTECTIVE ORDER MATERIAL

Kevin Jakel   Confidential
February 14, 2019                              94

```
1          Q.    Okay.  Does Unified have any written
2    policies about what information it will receive
3    or accept from its members?
4          A.    We do not have a written policy
5    about what information we -- I think you said
6    won't accept from our members.  Or will.  We do
7    not have a written policy about that.
8          Q.    Okay.  Let's talk about licenses.
9    Unified Patents obtains licenses on behalf of its
10   members.  Is that correct?
11         A.    That is incorrect.
12         Q.    What is incorrect about that?
13         A.    We don't do anything on behalf of
14   our members.  We work on behalf of the zones that
15   we work for.
16         Q.    Well don't you obtain licenses that
17   protect your members?
18         A.    We obtain licenses and we work on
19   behalf of zones.
20               Members do get licenses when we
21   settle, but we don't do it on their behalf.
22         Q.    So, who else benefits besides the
23   members that have subscribed to the zone?
24         A.    We think everyone benefits when
25   Unified settles an IPR.
```

U.S. LEGAL SUPPORT
1-800-567-8757

Appx4862

FILED UNDER SEAL - PROTECTIVE ORDER MATERIAL

Kevin Jakel  Confidential
February 14, 2019                                      100

```
 1    negotiations.
 2              So, the deal is exclusively between
 3    the MPE and Unified Patents.
 4         Q.    Okay.  So for all of those reasons
 5    when you do a deal, when you settle an IPR, you
 6    enter into a license agreement where the licensee
 7    is Unified; is that correct?
 8         A.    Yes.  We are the recipient of the
 9    license.
10         Q.    Okay.  Now I'm going to move on to
11    my next question.
12              When you do a deal where you settle
13    on an IPR and you get a license agreement where
14    Unified is the licensee, do you ████████████████
15    ████████████████████████████
16         A.    We do.  As I explained, ████████████
17    ████████████████████████████████
18         Q.    And what ████████████████████████
19    ████████ do you get?
20         A.    We get the ████████████████████████
21    ████████████ that we negotiated.
22         Q.    To who?
23         A.    To the members or zones that we put
24    on the list.
25         Q.    So, the actual agreement will ██████
```

U.S. LEGAL SUPPORT
1-800-567-8757

Appx4868

FILED UNDER SEAL - PROTECTIVE ORDER MATERIAL

Kevin Jakel  Confidential
February 14, 2019                                     101

```
1    ████████████████████████████████████████████

2    ████████████

3         A.    It will explicitly ██████████████████

4    ████████████████████████████      I mean if it is

5    an ██████████████████, right, then it might be

6    for ████████████████ or for all of the ██████

7    ████████████████.

8              And we would put the list of members

9    who ██████████████████████████████████████████

10   ██████

11             This is everyone from our paying

12   members and our nonpaying members, it is

13   everyone.

14        Q.    Well, it is not everyone.  It is

15   only members, right?

16        A.    The people that ████████████████████

17   ████████████ would be only members.

18        Q.    And when Unified receives ██████████

19   ██████████████████, Unified of course

20   ██████████████████████, correct?

21        A.    It, yeah, I mean if we settle an IPR

22   and ██████████████████████████████████████████

23   ████████████████████ and we would send out a

24   mass e-mail that said we have settled this IPR.

25   That would be the first that anyone learned of it.
```

Unified Patents v. Fall Line
IPR2018-00043
Fall Line EX2009

Appx4869

FILED UNDER SEAL - PROTECTIVE ORDER MATERIAL

Kevin Jakel  Confidential
February 14, 2019                                102

 1         Q.    Do you actually grant ████████████
 2  ██████████████

 3         A.    I mean, it, it ██████████████████
 4  ██████████████████ .  ██████████████████████
 5  ████████████████████████████ .

 6         Q.    So, ████████████████████████
 7  ██████████████████████ do those ██████████████
 8  purport to ████████████████ by virtue of
 9  the ████████████?  Or do they contemplate
10  that you have to ████████████████████ ?

11         A.    The ██████████ is the ████████████
12  ████████ and they ██████████████████████████
13  ████████████

14         Q.    Okay.  And then you don't have to
15  take any further action after that point?

16         A.    No.

17         Q.    Because your ████████████████████
18  says anything that ██████████████████ and we
19  have ██████████████████████████ , that
20  would ████████████████████ ?

21         A.    That is correct.

22         Q.    So, that is another thing that you
23  have promised to do in your ████████████████
24  with your members is to ████████████████████
25  ████████████████████████████ ?

U.S. LEGAL SUPPORT
1-800-567-8757

Unified Patents v. Fall Line
IPR2018-00043
Fall Line EX2009

CONFIDENTIAL MATERIAL REDACTED

FILED UNDER SEAL - PROTECTIVE ORDER MATERIAL

Kevin Jakel   Confidential
February 14, 2019                                    105

1   know.  If you don't want a copy of it, that is

2   it.

3               If they ask for a copy, we give them

4   a copy.

5       Q.     When you say we will give them a

6   copy, do you mean you will provide them with an

7   ████████████████████████████████████████?

8       A.     Yes.

9       Q.     And, when you say you summarize the

10  █████████████████████ in your annual report, what

11  information do you provide in those summaries?

12      A.     The summary is a list which includes

13  the ██████████████████, the ████████████████████

14  ████████████████ the █████████████████████████████

15  ████████████████, and just like a technology, like

16  high level technology description of the,

17  whatever ███████████████████████.

18      Q.     Does the -- well, strike that.

19              Do you provide information to your

20  members ███████████████████ in any other way besides

21  the annual report you described and the e-mail

22  that you described?

23      A.     No.

24      Q.     How many licenses have you obtained?

25      A.     Since the beginning?

U.S. LEGAL SUPPORT
1-800-567-8757

Unified Patents v. Fall Line
IPR2018-00043
Fall Line EX2009

Appx4873

CONFIDENTIAL MATERIAL REDACTED

FILED UNDER SEAL - PROTECTIVE ORDER MATERIAL

Kevin Jakel  Confidential
February 14, 2019                    106

```
 1        Q.    Sure.

 2        A.    I don't know.  Couple dozen.

 3        Q.    How many in 2017?

 4        A.    Maybe 13 to 15.

 5        Q.    Of the licenses you received, how

 6   many of them were ones for which you had filed an

 7   IPR?

 8        A.    I think, going at it the other

 9   direction, I think we have done about ████

10   ███████████  where we had not filed an IPR.  And

11   the rest would have been through settling IPRs.

12        Q.    In the ████████████████  you got where

13   you did not file an IPR, did you tell the MPE

14   that you would file an IPR?

15        A.    So, it is not that easy.  Many of

16   the companies that we have filed IPRs against

17   have asked us to call them in advance of filing

18   an IPR.

19              And so, if, in those we have honored

20   their request to say it may be before we even get

21   started, hey we have looked at this, we believe

22   it is in our zone.  You have asked us to give you

23   a call.  We are doing that.

24              Some of those relationships are, you

25   know, better than others and so, you know, we
```

U.S. LEGAL SUPPORT
1-800-567-8757

Appx4874

FILED UNDER SEAL - PROTECTIVE ORDER MATERIAL

Kevin Jakel  Confidential
February 14, 2019                          109

```
 1   going to object on the grounds that it is
 2   nonresponsive?
 3              MR. BOWSER:  And I'm going to
 4      object.
 5              MR. ANTONELLI:  What is your
 6      objection.
 7              MR. BOWSER:  That he was answering
 8      your question.
 9              MR. ANTONELLI:  That is not really
10      an objection.
11              MR. BOWSER:  I'm objecting to your
12      objection.
13              MR. ANTONELLI:  That is not
14      something that is contemplated by any rule of
15      procedure.  So, it is what it amounts to is a
16      speaking objection, it is not allowed.
17              All right, do you guys want to take
18      another break or do you want to keep going.
19              THE WITNESS:  I will take another
20      break.
21              (Recess taken -- 11:07 a.m.)
22              (After recess -- 11:13 a.m.)
23   BY MR. ANTONELLI:
24        Q.    What does Unified do to try to
25   convince its members to resubscribe, to re-up?
```

Unified Patents v. Fall Line
IPR2018-00043
Fall Line EX2009

Appx4877

FILED UNDER SEAL - PROTECTIVE ORDER MATERIAL

Kevin Jakel  Confidential
February 14, 2019                                    110

```
 1          A.    So, on an annual basis, we send our
 2   members what we talked about as the annual
 3   report.
 4               And, we have a meeting that says
 5   this is what we did the last year as all of our
 6   deterrence work; this is what we are doing in a
 7   particular zone.
 8               And as I kind of described it
 9   earlier, like, we work on behalf of the zone, we
10   give all of the information and we just say
11   basically, you know, like, here is what we did
12   for the zone, if you like the work we do on
13   behalf of the zone, then pay us again, renew, and
14   we are going to work on behalf of the zone for
15   another year.
16               So, that is, that is our pitch.
17          Q.    Is there anything else Unified does
18   to try to convince its members to resubscribe
19   each year?
20          A.    That is our process.  We have a
21   meeting and we go through the zone activity.
22          Q.    I don't think we have really talked
23   about this meeting that you referred to.
24               Is that an annual meeting?
25          A.    Yes.
```

U.S. LEGAL SUPPORT
1-800-567-8757

Unified Patents v. Fall Line
IPR2018-00043
Fall Line EX2009

Appx4878

FILED UNDER SEAL - PROTECTIVE ORDER MATERIAL

Kevin Jakel  Confidential
February 14, 2019                                    111

```
 1          Q.    Is that an annual meeting with each
 2    member or with all of the members?
 3          A.    Each member.
 4          Q.    Who meets with each member annually?
 5          A.    I do.
 6          Q.    Anyone else?
 7          A.    Christine would set the meeting up
 8    in terms of scheduling it.
 9                Shawn is sometimes, may be there.
10    But, I am the one who runs all of the renewal
11    meetings.
12          Q.    Where do the renewal meetings take
13    place?
14          A.    Over the phone.
15          Q.    How long do they last?
16          A.    Usually an hour.
17          Q.    And what do you talk about in that
18    hour?
19          A.    The annual report that I described
20    is presented.
21          Q.    You don't just read it to them, do
22    you?
23          A.    I go through it.  I mean, it is like
24    a PowerPoint presentation.  As I described annual
25    report is in PowerPoint form.
```

U.S. LEGAL SUPPORT
1-800-567-8757

Unified Patents v. Fall Line
IPR2018-00043
Fall Line EX2009

Appx4879

FILED UNDER SEAL - PROTECTIVE ORDER MATERIAL

Kevin Jakel  Confidential
February 14, 2019                              112

```
 1          Q.    And what else do you talk about
 2    besides what is already written in the annual
 3    report?
 4          A.    MPE activity.  Knowledge about
 5    industry information of what is going on from a
 6    legislative perspective.
 7                You know, any other kind of like
 8    zone information might be part of a discussion,
 9    but it is basically present the annual report and
10    if you like what we have done, we would love to
11    see you renew.
12          Q.    Are those phone calls recorded?
13          A.    No.
14          Q.    Who participates on behalf of the
15    member in those meetings?
16          A.    It would depend on the company.
17          Q.    Is it typically a lot of people, one
18    person, a couple of people?
19          A.    I would say the vast majority of
20    them are one person.  But, there are, there
21    certainly have been meetings where there have
22    been, you know, one or two people on, it is
23    certainly not like a big, it is not a big
24    meeting.
25          Q.    Do you take notes during those phone
```

U.S. LEGAL SUPPORT
1-800-567-8757

Unified Patents v. Fall Line
IPR2018-00043
Fall Line EX2009

Appx4880

FILED UNDER SEAL - PROTECTIVE ORDER MATERIAL

Kevin Jakel  Confidential
February 14, 2019                          114

1    and they have told me we don't have ████████████

2    ████

3              And they don't renew.

4         Q.    Any other concerns people have ever

5    expressed to you besides not ██████████████████?

6         A.    Not off the top of my head.

7         Q.    Have you ever sent an e-mail

8    describing what happened during one of these

9    meetings after the meeting happened?

10        A.    What do you mean?  To somebody?

11        Q.    Sending an e-mail.  Have you ever

12   sent an e-mail that describes what happened in

13   one of these meetings?  Like after the meeting

14   happened?

15        A.    I don't think so.

16        Q.    During these meetings, do you try to

17   emphasize to your members that you are delivering

18   value for them and that is one of the reasons why

19   you should renew?

20        A.    During these meetings I definitely

21   emphasize that I think we are doing great work on

22   behalf of the zone.

23              And that we ask them to sign up

24   again so that we can continue to work on behalf

25   of the zone that that member is participating in.

U.S. LEGAL SUPPORT
1-800-567-8757

Unified Patents v. Fall Line
IPR2018-00043
Fall Line EX2009

Appx4882

FILED UNDER SEAL - PROTECTIVE ORDER MATERIAL

Kevin Jakel  Confidential
February 14, 2019                    116

```
 1        A.    Yes.  That is a yes.  I am
 2   definitely presenting that presentation in its
 3   entirety.
 4        Q.    Do you present to your members
 5   during these annual phone calls where you are
 6   trying to convince them that they should
 7   resubscribe, do you talk to them about the number
 8   of IPRs you have filed for a zone?
 9        A.    I guess I'm finding these questions
10   redundant.  The presentation, annual report we
11   talked about, has a list of all of the IPRs that
12   we have filed in the zone.
13              And therefore, inherently it
14   includes what you have just asked, which is a
15   list of the IPRs that we have designated as being
16   in the zone that we are discussing on the phone.
17        Q.    So, does that mean then inherently
18   your answer is yes?
19        A.    Yeah, I mean I think that we
20   definitely present the IPRs that were filed in
21   the zone.
22        Q.    Okay.  During the meetings that you
23   have with members where you are trying to
24   convince them to resubscribe, do you discuss the
25   amount of money that you have spent on filing
```

U.S. LEGAL SUPPORT
1-800-567-8757

Unified Patents v. Fall Line
IPR2018-00043
Fall Line EX2009

Appx4884

FILED UNDER SEAL - PROTECTIVE ORDER MATERIAL

Kevin Jakel  Confidential
February 14, 2019                                        124

```
 1    your zone?

 2         A.    Well because we are not, again we

 3    are not doing work on behalf of members.  Like,

 4    this is not, we can't get a company out of

 5    litigation.  Like, we are not settling to get a

 6    company out of litigation.

 7              So, we are not saying hey, license

 8    this company, but not this one.  We don't, we

 9    don't make it like on behalf of any one company.

10              We just make it the members.  That

11    way you have, we are not working on behalf of any

12    one.

13         Q.    My question is why members versus

14    nonmembers?  You could choose a subset of

15    nonmembers and just say give us the right to

16    license 50 random companies instead of our 50

17    members.  Why didn't you do that.

18         A.    Well it is possible.  But we decided

19    to make it members.

20         Q.    Why?  Why did you make that

21    decision?

22         A.    Because we are working on behalf of

23    the zones.

24              I mean, everyone ultimately gets a

25    benefit by the way.  We claim that even, even
```

U.S. LEGAL SUPPORT
1-800-567-8757

Unified Patents v. Fall Line
IPR2018-00043
Fall Line EX2009

Appx4892

FILED UNDER SEAL - PROTECTIVE ORDER MATERIAL

Kevin Jakel  Confidential
February 14, 2019                              125

```
 1   nonmembers get a benefit when we settle a license
 2   to settle an IPR on the patent.
 3              Everyone ultimately.  This patent
 4   ends up having a patent owner give us a license
 5   for free.  That means that the value of that
 6   patent can't be some astronomically high number
 7   for the value of the technology covered by that
 8   patent.
 9              So, we think everyone benefits.
10   But --
11        Q.    I'm still confused why you had to
12   set up this member structure.
13              Because you could have just said
14   give me a sublicense to any 50 random companies.
15   Why did you need to do it only behalf of members?
16        A.    You expect me to grant, pick random
17   companies every single time I do a deal.  That
18   seems like a whole lot of additional effort.
19        Q.    Why not say I'm going to sublicense
20   50 people.  Why did you choose to make the line
21   members?
22        A.    It was, that was the line we drew.
23   I mean.
24        Q.    But why?  What was special about
25   them?  How did you identify them to be the ones
```

Unified Patents v. Fall Line
IPR2018-00043
Fall Line EX2009

Appx4893

FILED UNDER SEAL - PROTECTIVE ORDER MATERIAL

Kevin Jakel  Confidential
February 14, 2019                            159

```
 1   activity.

 2              I think we do all of those things

 3   and we think that all of those things have an

 4   impact.

 5              Exactly which impact has the

 6   greatest impact or the greatest deterrent impact

 7   at any given moment, I'm not sure.

 8              But, IPR activities are just, they

 9   are expensive.

10              So, they make up the most expensive

11   aspect of what we do.

12        Q.    That is what you spend most of your

13   money on, right?

14        A.    We spend most of our money on IPR

15   activity.

16        Q.    And it is what you spend most of

17   your time on as well.

18        A.    Whose time?

19        Q.    Unified's time.

20        A.    I think that would depend on which

21   employees we are kind of talking about.

22              But --

23        Q.    Overall.

24        A.    In terms of employees, I think there

25   are as many employees that spend their time on
```

Unified Patents v. Fall Line
IPR2018-00043
Fall Line EX2009

Appx4927

FILED UNDER SEAL - PROTECTIVE ORDER MATERIAL

Kevin Jakel   Confidential
February 14, 2019                                    160

```
 1   other things besides IPRs, than, as we do people

 2   who are dedicated exclusively to IPRs.

 3          Q.    The next sentence says, "Unified

 4   members do not pay any fees designated for IPRs."

 5   Do you see that?

 6          A.    Unified's members do not pay any --

 7   that is, yes, I see that.

 8          Q.    Did I read that correctly?

 9          A.    I believe you read it off the page.

10          Q.    I'm sorry, I didn't understand your

11   answer.

12          A.    You read the words that are on the

13   page.

14          Q.    So I read it correctly?

15          A.    I guess so, yes.

16          Q.    I only pause because I thought it

17   might have been a mistake based on your original

18   answer.  I just want be clear I got the record

19   correct.  So let me read it again.  "Unified's

20   members do not pay any fees designated for IPRs."

21   That is what it says, right?

22          A.    That is what it says.

23          Q.    Okay.  But, the money that is used

24   to file for the IPRs and to pay for the outside

25   counsel, that comes from Unified's members,
```

U.S. LEGAL SUPPORT
1-800-567-8757

Unified Patents v. Fall Line
IPR2018-00043
Fall Line EX2009

Appx4928

FILED UNDER SEAL - PROTECTIVE ORDER MATERIAL

Kevin Jakel  Confidential
February 14, 2019                          188

```
 1      wants.  But he is not answering my question.
 2              I mean I think at one point he said
 3      he thought that the answer was no.
 4              MR. BOWSER:  Are we on the record
 5      still, or --
 6              MR. ANTONELLI:  Yes, we are on the
 7      record.
 8              THE WITNESS:  I think what I said
 9      was that if you forced me into a yes or no
10      answer without allowing me to describe the
11      nuances of an answer, that you would be
12      forcing me into the possibly answering with a
13      no when the answer is obviously more nuanced
14      than that.
15              And I am trying to be appreciative
16      of the fact that the answer needs to be
17      nuanced in order to get it accurate.
18  BY MR. ANTONELLI:
19      Q.   Let me ask this question just to
20  make sure this isn't the problem.
21              So, is the following proposition
22  true or false:  When Unified files an IPR for a
23  patent in a given zone, the money that it uses,
24  that it spends on outside counsel and for the
25  filing fee for that IPR comes from members who
```

Unified Patents v. Fall Line
IPR2018-00043
Fall Line EX2009

Appx4956

FILED UNDER SEAL - PROTECTIVE ORDER MATERIAL

Kevin Jakel  Confidential
February 14, 2019                              189

1   have paid Unified Patent's subscription fees for

2   that zone?

3         A.    Yeah, I think that is accurate.  The

4   membership fees for a particular zone, fund zone.

5   Zone uses that money to file an IPR.

6                MR. ANTONELLI:  I pass the witness.

7                MR. BOWSER:  I have no further

8       questions.

9           (Whereupon, signature having been waived,

10   the deposition concluded at 1:04 p.m.)

11                     *   *   *

12

13

14

15

16

17

18

19

20

21

22

23

24

25

U.S. LEGAL SUPPORT
1-800-567-8757

Unified Patents v. Fall Line
IPR2018-00043
Fall Line EX2009

Appx4957