# EXHIBIT 13



NETWORK
EDGE (/EDGE)
BRANDS (HTTPS://WWW.UNIFIEDBRANDS.US)
CONSULTING (HTTPS://WWW.UNIFIED-CONSULTING.COM)
ALIUM (HTTPS://WWW.ALIUM-LLC.COM)
PATENTS (HTTPS://WWW.UNIFIEDPATENTS.COM)
PORTAL (HTTPS://PORTAL.UNIFIEDPATENTS.COM)
PATROLL (HTTPS://PATROLL.UNIFIEDPATENTS.COM/)
ZONES
NPE (/NPE)
SEP (/SEP)
ANALYTICS
OPAL - LANDSCAPE (HTTPS://PORTAL.UNIFIEDPATENTS.COM/STANDARDS/OPAL/HEVC)
OPEN - STANDARDS SUBMISSIONS (HTTPS://PORTAL.UNIFIEDPATENTS.COM/STANDARDS/OPEN/HEVC)
ISIX - BEST LAW FIRMS (HTTPS://PORTAL.UNIFIEDPATENTS.COM/PTAB/ANALYTICS/CASE-LEVEL/ISIX?SORT=-FILING_DATE)
PVIX - PATENT VALUE (HTTPS://PORTAL.UNIFIEDPATENTS.COM/PATENTS/PORTFOLIO)
DATA
UP DAILY (/DOCKET)
PTAB (HTTPS://PORTAL.UNIFIEDPATENTS.COM/PTAB/CASELIST?SORT=-FILING_DATE)
LITIGATION (HTTPS://PORTAL.UNIFIEDPATENTS.COM/LITIGATION/CASELIST)
EXAMINER (HTTPS://PORTAL.UNIFIEDPATENTS.COM/PATENTS/EXAMINER)
PATENTS (HTTPS://PORTAL.UNIFIEDPATENTS.COM/PATENTS/SEARCH)
REEXAM (HTTPS://PORTAL.UNIFIEDPATENTS.COM/EXPARTE/SEARCH?REQUESTER=UNIFIED%20PATENTS%20LLC&REQUESTER=UNIFIED%20PATENTS%2C%20LLC)
NEWS
NEWS & VIEWS (/INSIGHTS)
RPI (/RPI)
OPEN COVID PLEDGE (/OPEN-COVID-PLEDGE)
INSIGHTS WEBINAR (/INSIGHTS-WEBINAR)
ABOUT
FAQ (/FAQ)
SUCCESS (/SUCCESS)
EVENTS (/EVENTS)
OFFICES (/OFFICES)
MEMBERS (/MEMBERS)
TEAM (/TEAM)
JOBS (/JOBS)

JOIN (/JOIN)

FAQ (/FAQ)    SUCCESS (/SUCCESS)    EVENTS (/EVENTS)

OFFICES (/OFFICES)    MEMBERS (/MEMBERS)    TEAM (/TEAM)

JOBS (/JOBS)

# Members

     

     

     

    



     

     

 

## Some Startup Members

(https://www.foxycart.com/)

(https://www.enplug.com/)

(https://loopd...) (http://www.cduniverse.com/)

(https://gotrack.com/)

(https://www.flexjobs.com/)

(http://eprecision.com/)

(http://www.doorbird.com/)

(https://www.asp.md/)

(https://www.capti.vision/)

(https://www.rubylane.com/)

(https://bitmovin.com/)

JOIN NOW

## Member Levels

| Secure | ZONE |
|---|---|
| FOR COMPANIES UNDER $20M IN REVENUE | FOR LARGER COMPANIES |
| Prior Art Analysis | Everything in Secure |
| Licenses to Settlements | Free Secondary Market Tracking |
| Logo web mark | Litigation Analytics |
| Anti-NPE Lobbying | Patent Quality Analytics |
| Anti-NPE Deterrence | PTAB Analytics |
| Pledge to notify if selling to an NPE | |
| Free | $50k - 490k |

*Having questions? Check out our FAQ (/faq).*

HOME (/HOME)
SOLUTION (/NPE)
NEWS (/NEWS)
ABOUT (/ABOUT)
JOIN (/JOIN)

(650) 999-0889    INFO@UNIFIEDPATENTS.COM (MAILTO:INFO@UNIFIEDPATENTS.COM)

*Copyright © 2021 Unified Patents, LLC.  All rights reserved.*
Legal (/term-of-services) | Privacy Policy (/privacy-policy) | DMCA (http://unifiedpatents.com/dmca)

Help