# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| TEXTILE COMPUTER SYSTEMS, INC. | § | |
| | § | |
| vs. | § | NO: WA:21-CV-01050-ADA |
| | § | |
| BROADWAY NATIONAL BANK | § | |

## ORDER SETTING MOTION HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for MOTION HEARING by Zoom on November 03, 2022 at 03:00 PM.

IT IS SO ORDERED this 28th day of October, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE