# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| TEXTILE COMPUTER SYSTEMS, INC. | § | |
| | § | |
| vs. | § | NO: WA:21-CV-01050-ADA |
| | § | |
| BROADWAY NATIONAL BANK | § | |

## ORDER RESETTING MOTION HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is reset for MOTION HEARING by Zoom on November 02, 2022 at 01:30 PM .

IT IS SO ORDERED this 28th day of October, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE