# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| TEXTILE COMPUTER SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BROADWAY NATIONAL BANK D/B/A BROADWAY BANK, ET AL., <br><br> Defendants. | CIVIL ACTION NO. 6:21-cv-1050-ADA <br><br> **JURY TRIAL DEMANDED** |
| TEXTILE COMPUTER SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> INDEPENDENT BANK, ET AL., <br><br> Defendants. | CIVIL ACTION NO. 6:21-cv-1054-ADA <br><br> **JURY TRIAL DEMANDED** |
| TEXTILE COMPUTER SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TEXAS CAPITAL BANK, ET AL., <br><br> Defendants. | CIVIL ACTION NO. 6:21-cv-1057-ADA <br><br> **JURY TRIAL DEMANDED** |
| TEXTILE COMPUTER SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> VANTAGE BANK TEXAS, ET AL., <br><br> Defendants. | CIVIL ACTION NO. 6:21-cv-1058-ADA <br><br> **JURY TRIAL DEMANDED** |

**NOTICE REGARDING UNOPPOSED REQUEST TO EXTEND DEADLINE**

Plaintiff Textile Computer Systems, Inc. ("Textile") provides notice to the Court that the parties have agreed to an extension of twelve days for Textile to respond to the Motion to Stay Fact Discovery filed on Friday, November 11th by Fiserv, Inc. and Fiserv Solutions, LLC in the four above-captioned cases, until Wednesday, November 30, 2022.  Pursuant to the Court's Standing Order Regarding Joint Or Unopposed Requests to Change Deadlines, counsel for the parties further certify that this extension does not change the date for any hearing, any final submission to the Court related to a hearing, or the trial.

Dated: November 16, 2022

Respectfully submitted,

/s/ *Christopher Ryan Pinckney*
Matthew J. Antonelli
Texas Bar No. 24068432
matt@ahtlawfirm.com
Zachariah S. Harrington
Texas Bar No. 24057886
zac@ahtlawfirm.com
Larry D. Thompson, Jr.
Texas Bar No. 24051428
larry@ahtlawfirm.com
Christopher Ryan Pinckney
Texas Bar No. 24067819
ryan@ahtlawfirm.com
ANTONELLI, HARRINGTON
& THOMPSON LLP
4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3000

Stafford Davis
State Bar No. 24054605
sdavis@stafforddavisfirm.com
Catherine Bartles
Texas Bar No. 24104849
cbartles@stafforddavisfirm.com

>THE STAFFORD DAVIS FIRM
>815 South Broadway Avenue
>Tyler, Texas 75701
>(903) 593-7000
>(903) 705-7369 fax
>
>*Attorneys for Textile Computer Systems, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 16th day of November 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

>/s/ *Christopher Ryan Pinckney*
>Christopher Ryan Pinckney