**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| TEXTILE COMPUTER SYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>BROADWAY NATIONAL BANK D/B/A BROADWAY BANK, ET AL.,<br><br>Defendants. | CIVIL ACTION NO. 6:21-cv-1050-ADA<br><br>**JURY TRIAL DEMANDED** |
| TEXTILE COMPUTER SYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>INDEPENDENT BANK, ET AL.,<br><br>Defendants. | CIVIL ACTION NO. 6:21-cv-1054-ADA<br><br>**JURY TRIAL DEMANDED** |
| TEXTILE COMPUTER SYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>TEXAS CAPITAL BANK, ET AL.,<br><br>Defendants. | CIVIL ACTION NO. 6:21-cv-1057-ADA<br><br>**JURY TRIAL DEMANDED** |
| TEXTILE COMPUTER SYSTEMS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>VANTAGE BANK TEXAS, ET AL.,<br><br>Defendants. | CIVIL ACTION NO. 6:21-cv-1058-ADA<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION TO DISMISS**

WHEREAS, Plaintiff Textile Computer Systems, Inc. ("Plaintiff") and Defendants Fiserv, Inc. and Fiserv Solutions, LLC (together, "Fiserv") have resolved Plaintiff's claims for relief against Fiserv and Fiserv's counterclaims for relief against Plaintiff asserted in this case.

NOW, THEREFORE, Plaintiff and Fiserv, through their attorneys of record, request this Court to dismiss Plaintiff's claims for relief against Fiserv with prejudice and Fiserv's claims, defenses or counterclaims for relief against Plaintiff without prejudice, and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

Dated: December 8, 2022                                              Respectfully submitted,

/s/ *Matthew J. Antonelli*                                           /s/ *J. Stephen Ravel*

Matthew J. Antonelli                                                 J. Stephen Ravel
Texas Bar No. 24068432                                               Texas State Bar No. 16584975
matt@ahtlawfirm.com                                                  Kelly Ransom
Zachariah S. Harrington                                              Texas State Bar No. 24109427
Texas Bar No. 24057886                                               KELLY HART & HALLMAN LLP
zac@ahtlawfirm.com                                                   303 Colorado, Suite 2000
Larry D. Thompson, Jr.                                               Austin, Texas 78701
Texas Bar No. 24051428                                               Tel: (512) 495-6429
larry@ahtlawfirm.com                                                 Fax: (512) 495-6401
Christopher Ryan Pinckney                                            steve.ravel@kellyhart.com
Texas Bar No. 24067819                                               kelly.ransom@kellyhart.com
ryan@ahtlawfirm.com
ANTONELLI, HARRINGTON                                                Greg H. Lantier (*pro hac vice*)
& THOMPSON LLP                                                       Gregory Israelson (*pro hac vice*)
4306 Yoakum Blvd., Ste. 450                                          WILMER CUTLER PICKERING
Houston, TX 77006                                                    HALE AND DOOR LLP
(713) 581-3000                                                       1875 Pennsylvania Ave., NW
                                                                     Washington, DC 20006
Stafford Davis                                                       Tel: (202) 663-6000
State Bar No. 24054605                                               Fax: (202) 663-6363
sdavis@stafforddavisfirm.com                                         Gregory.Lantier@wilmerhale.com
Catherine Bartles                                                    Greg.Israelsen@wilmerhale.com
Texas Bar No. 24104849
cbartles@stafforddavisfirm.com                                       Sarah B. Petty (*pro hac vice*)

1

| | |
|---|---|
| THE STAFFORD DAVIS FIRM, PC<br>815 South Broadway Avenue<br>Tyler, Texas 75701<br>(903) 593-7000 | Amy L. Mahan (*pro hac vice*)<br>Jeannette P. Leopold (*pro hac vice*)<br>Jennifer L. Graber (*pro hac vice*)<br>WILMER CUTLER PICKERING<br>HALE AND DOOR LLP<br>60 State Street<br>Boston, MA 02109<br>Tel: (617) 526-6000<br>Fax: (617) 526-5000<br>Sarah.Petty@wilmerhale.com<br>Amy.Mahan@wilmerhale.com<br>Jeannette.Leopold@wilmerhale.com<br>Jennifer.Graber@wilmerhale.com |
| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANTS FISERV, INC. AND FISERV SOLUTIONS, LLC** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on December 8, 2022.

*/s/Matthew J. Antonelli*
Matthew J. Antonelli