**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| TEXTILE COMPUTER SYSTEMS, INC., | CIVIL ACTION NO. 6:21-cv-1050-ADA |
|     Plaintiff, | |
|     v. | **JURY TRIAL DEMANDED** |
| BROADWAY NATIONAL BANK D/B/A BROADWAY BANK, ET AL., | |
|     Defendants. | |
| TEXTILE COMPUTER SYSTEMS, INC., | CIVIL ACTION NO. 6:21-cv-1052-ADA |
|     Plaintiff, | |
|     v. | **JURY TRIAL DEMANDED** |
| COMERICA BANK, ET AL., | |
|     Defendants. | |
| TEXTILE COMPUTER SYSTEMS, INC., | CIVIL ACTION NO. 6:21-cv-1054-ADA |
|     Plaintiff, | |
|     v. | **JURY TRIAL DEMANDED** |
| INDEPENDENT BANK, ET AL., | |
|     Defendants. | |
| TEXTILE COMPUTER SYSTEMS, INC., | CIVIL ACTION NO. 6:21-cv-1056-ADA |
|     Plaintiff, | |
|     v. | **JURY TRIAL DEMANDED** |
| SOUTHSIDE BANK, ET AL., | |
|     Defendants. | |

| | |
|---|---|
| TEXTILE COMPUTER SYSTEMS, INC., | CIVIL ACTION NO. 6:21-cv-1057-ADA |
| Plaintiff, | |
| v. | **JURY TRIAL DEMANDED** |
| TEXAS CAPITAL BANK, ET AL., ET AL., | |
| Defendants. | |

## JOINT MOTION TO DISMISS

WHEREAS, Plaintiff Textile Computer Systems, Inc. ("Plaintiff") and Defendants U.S. Bancorp and U.S. Bank National Association d/b/a Elan Financial Services (together, "U.S. Bank") have resolved Plaintiff's claims for relief against U.S. Bank.

NOW, THEREFORE, Plaintiff and U.S. Bank, through their attorneys of record, request this Court to dismiss Plaintiff's claims for relief against U.S. Bank with prejudice, with all attorneys' fees, costs of court and expenses borne by the party incurring same.

Dated: December 9, 2022

Respectfully submitted,

/s/ *Matthew J. Antonelli*

Matthew J. Antonelli
Texas Bar No. 24068432
matt@ahtlawfirm.com
Zachariah S. Harrington
Texas Bar No. 24057886
zac@ahtlawfirm.com
Larry D. Thompson, Jr.
Texas Bar No. 24051428
larry@ahtlawfirm.com
Christopher Ryan Pinckney
Texas Bar No. 24067819
ryan@ahtlawfirm.com
ANTONELLI, HARRINGTON
& THOMPSON LLP

/s/ *Paige Stradley*

Michael C. Smith
SCHEEF & STONE, LLP
113 East Austin St.
Marshall, TX 75670
Telephone: (903) 938-8900
michael.smith@solidcounsel.com

Paige Stradley (*pro hac vice*)
Rachel Zimmerman Scobie (*pro hac vice*)
Jeffrey Blake (*pro hac vice*)
MERCHANT & GOULD P.C.
150 S. Fifth Street, Suite 2200
Minneapolis, MN 55402
pstradley@merchantgould.com

1

4306 Yoakum Blvd., Ste. 450
Houston, TX 77006
(713) 581-3000

rscobie@merchantgould.com
jblake@merchantgould.com

Stafford Davis
State Bar No. 24054605
sdavis@stafforddavisfirm.com
Catherine Bartles
Texas Bar No. 24104849
cbartles@stafforddavisfirm.com
THE STAFFORD DAVIS FIRM, PC
815 South Broadway Avenue
Tyler, Texas 75701
(903) 593-7000


**ATTORNEYS FOR PLAINTIFF**          **ATTORNEYS FOR DEFENDANTS
U.S. BANCORP AND U.S. BANK
NATIONAL ASSOCIATION**


## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on December 9, 2022.

*/s/Matthew J. Antonelli*
Matthew J. Antonelli