**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| TEXTILE COMPUTER SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BROADWAY NATIONAL BANK D/B/A BROADWAY BANK, ET AL., <br><br> Defendants. | CIVIL ACTION NO. 6:21-cv-1050-ADA |
| TEXTILE COMPUTER SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> INDEPENDENT BANK, ET AL., <br><br> Defendants. | CIVIL ACTION NO. 6:21-cv-1054-ADA |
| TEXTILE COMPUTER SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> TEXAS CAPITAL BANK, ET AL., <br><br> Defendants. | CIVIL ACTION NO. 6:21-cv-1057-ADA |
| TEXTILE COMPUTER SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> VANTAGE BANK TEXAS, ET AL., <br><br> Defendants. | CIVIL ACTION NO. 6:21-cv-1058-ADA |

## ORDER OF DISMISSAL

On this day, Plaintiff Textile Computer Systems, Inc. ("Plaintiff"), Defendant Fiserv, Inc., and Defendant and Counterclaim-Plaintiff Fiserv Solutions, LLC ("Fiserv") announced to the Court that they have resolved Plaintiff's claims for relief against Fiserv asserted in this case and Fiserv's claims, defenses and/or counterclaims for relief against Plaintiff asserted in this case.  Plaintiff and Fiserv have therefore requested that the Court dismiss Plaintiff's claims for relief against Fiserv with prejudice and Fiserv's claims, defenses and/or counterclaims for relief against Plaintiff without prejudice, and with all attorneys' fees, costs and expenses taxed against the party incurring same.  The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

**IT IS THEREFORE ORDERED** that Plaintiff's claims for relief against Fiserv are **DISMISSED WITH PREJUDICE** and Fiserv's claims, defenses and/or counterclaims for relief against Plaintiff are **DISMISSED WITHOUT PREJUDICE.  IT IS FURTHER ORDERED** that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

SIGNED this 12th day of December, 2022.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE