**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION**

| | |
|---|---|
| TEXTILE COMPUTER SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BROADWAY NATIONAL BANK D/B/A BROADWAY BANK, ET AL., <br><br> Defendants. | CIVIL ACTION NO. 6:21-cv-1050-ADA |
| TEXTILE COMPUTER SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> COMERICA BANK, ET AL., <br><br> Defendants. | CIVIL ACTION NO. 6:21-cv-1052-ADA |
| TEXTILE COMPUTER SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> INDEPENDENT BANK, ET AL., <br><br> Defendants. | CIVIL ACTION NO. 6:21-cv-1054-ADA |
| TEXTILE COMPUTER SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SOUTHSIDE BANK, ET AL., <br><br> Defendants. | CIVIL ACTION NO. 6:21-cv-1056-ADA |

TEXTILE COMPUTER SYSTEMS, INC.,

    Plaintiff,

    v.

TEXAS CAPITAL BANK, ET AL.,

    Defendants.

CIVIL ACTION NO. 6:21-cv-1057-ADA

## ORDER OF DISMISSAL

On this day, Plaintiff Textile Computer Systems, Inc. ("Plaintiff") and Defendants U.S. Bancorp and U.S. Bank National Association d/b/a Elan Financial Services (together, "U.S. Bank") announced to the Court that they have resolved Plaintiff's claims for relief against U.S. Bank asserted in this case. Plaintiff and U.S. Bank have therefore requested that the Court dismiss Plaintiff's claims for relief against U.S. Bank with prejudice, with all attorneys' fees, costs and expenses taxed against the party incurring same. The Court, having considered this request, is of the opinion that their request for dismissal should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff's claims for relief against U.S. Bank are **DISMISSED WITH PREJUDICE**. **IT IS FURTHER ORDERED** that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

SIGNED this 12th day of December, 2022.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE