IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| TEXTILE COMPUTER SYSTEMS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BROADWAY NATIONAL BANK D/B/A BROADWAY BANK, ET AL., <br><br> Defendants. | CIVIL ACTION NO. 6:21-cv-1050-ADA |

# ORDER

This matter came before the Court upon the Joint Motion to Dismiss Broadway filed by Defendant Broadway National Bank d/b/a Broadway Bank ("Broadway") and Plaintiff Textile Computer Systems, Inc. ("Textile"). Pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** that all claims asserted by Textile against Broadway in this action that are licensed under one or more third party agreements including, but not limited to, any debit or credit cards issued, and/or transactions processed in whole or in part, by Fiserv, Inc., Fiserv Solutions, LLC, U.S. Bank National Association (d/b/a Elan Financial Services), U.S. Bancorp, and/or any of their respective affiliates, are hereby dismissed with prejudice. It is further

**ORDERED** that all other claims asserted by Textile against Broadway in this action, and all of Broadway's claims, defenses, or counterclaims for relief against Textile are hereby dismissed without prejudice. It is further

**ORDERED** that Textile and Broadway shall bear their own costs, expenses and legal fees in this case.

**SO ORDERED** this 14th day of December, 2022.

                                                _____
                                                ALAN D ALBRIGHT
                                                UNITED STATES DISTRICT JUDGE